05-10893 RCL

In the United States District Court of Massachusetts at Boston
1 courthouse Way, Room 2300
Boston, MA 02210
Attention: Richard Nici

| AMANDA U. AJULUCHUKU, Plaintiff, vs. (Francis Ken Josiah) OF Southern New England of School of Law (SNESL), Defendant | No. COMPLAINT (EDITED) Discrimination based upon disability, including Sexual Assault classified under 446 as "Other Civil Rights-Americans with Disabilities" on the Cover Sheet of the U.S. District Court. |
|---|---|

To the Clerk of the Court

### A). NAMES AND ADDRESSES OF PLAINTIFF AND DEFENDANT

Amanda U. Ajuluchuku
P.O. Box 12424
Seattle, WA 98111
Phone (206) 407-795
amandaajuluchuku@yahoo.com

April 22, 2005

Southern New England School of Law
333 Faunce Corner Road
North Dartmouth. MA 02747
Attention: Dean Robert Ward JR:

AMANDA U. AJULUCHUKU
P.O. BOX 12424
SETTLE, WA 98111

## B). FACTS OF THE CASE (ALLEGATIONS)

1). In July 2003, I took a summer class of Torts with Frances K. Josiah at Southern New England School of Law (SNESL).

2). Frances K. Josiah drove me home to University of Massachusetts Dartmouth dorm after the evening classes. During one of our conversations, I told him about my disability. I also told him that the Baltimore County Police had kidnapped my seventeen and half year old son who was scheduled to attend University of Massachusetts.

3). Frances Ken Josiah pretended to be a friend. One day, he drove me to his apartment in New Bedford and sexually assaulted me.

4). I did not notify the Police. I could not trust the Police. Maryland Police made a career of stopping my minor son due to the color of his skin. I suffered in silence.

5). In December 2003, my former fiancé flew me from Massachusetts to Washington for marriage. I had traveled from Maryland to Massachusetts via Amtrak. I was unable to carry more than fourteen boxes of precious belongings worth over $10,000.00. I was only allowed to take three pieces of luggage without having to pay for excess luggage via Air Trans Airlines (ATA). I stored the rest of my belongings at Uhaul in New Bedford, Massachusetts.

6). In July 2004, I decided to donate many of my belongings to the children at the Salvation Army in New Bedford, Mass. I asked Frances Ken Josiah to send me several items and donate the rest to the children. He agreed. He only sent me a few of the jewelry. He did not send my ten manuscripts, eight picture albums, and one hundred tapes etc.

7). In February 2005, I learned that he had not donated any of the items to the children. In fact, he stole more than $10,000.00. I wanted to send him money to send them. However, he changed his job, address, and school. He stole all my worldly possessions. It is as though I have been sexually assaulted again and again.

8). In March 2005, I filed a Police report in Las Vegas. I also filed it with Officer Demeres of New Bedford Police Department concerning the grand theft.

## C). DISCRIMINATION

1). According to Black Law's Dictionary, edited by Byran A. Garner, Discrimination is the effect of a law or established practice that confers privileges on a certain class or denies privileges to a certain class because of race, age, sex, nationality, religion or handicap. State laws provide further protection against protection. Differential treatment especially a failure to treat all persons equally when no reasonable distinction can be found between the favored and those not favored. <u>Invidious discrimination</u> is based upon prejudice or stereotyping.

2). Frances Ken Josiah of Southern New England School of Law preyed me upon my disability twice.

## D). SEXUAL ASSAULT

Sexual assault can be verbal, visual, or anything that forces a person to join in unwanted sexual contact or attention. Examples of this are voyeurism (when someone watches private sexual acts), exhibitionism (when someone exposes

AMANDA U. AJULUCHUKU
P.O. BOX 12424
SETTLE, WA 98111

him/herself in public), incest (sexual contact between family members), and sexual harassment. It can happen in different situations, by a stranger in an isolated place, on a date, or in the home by someone you know.

Rape is a common form of sexual assault. It is committed in many situations — on a date, by a friend or an acquaintance, or when you think you are alone. Educate yourself on "date rape" drugs. They can be slipped into a drink when a victim is not looking. *Never* leave your drink unattended — no matter where you are. Try to always be aware of your surroundings. Date rape drugs make a person unable to resist assault and can cause memory loss so the victim doesn't know what happened.

## E. DISABILITY

1). "Physical disability is an incapacity caused by a physical defect, bodily imperfect or mental weakness." "An individual with a disability is defined by the ADA as a person who has a physical or mental impairment that substantially limits one or more major life activities, a person who has a history of record of such an impairment, or a person who is perceived by others as having such an impairment. The ADA does not specifically name all of the impairments that are covered.

2). When I was a baby, I fell down a flight of stairs. I injured my brain in the process. My head was split into two parts. As a consequence, I lack motor skills. Playing the piano at the age of six rewired my brain and accorded me minimal motor skills. Dizziness and fainting spells are symptoms of my disability. I have a record of disability with Dr. Mark Schwartz. I have received disability benefits from the State of California and Provident Life Insurance. The State of California issued me a permanent disabled placard for driving.

## F. LIABILITY

1). I am entitled to relief under the American Disability Act 12101 et seq. and Civil Rights Act 1964.

## G). MENTAL OR EMOTIONAL DISTRESS

1). "Mental or emotional distress is a highly mental unpleasant mental reaction such as anguish, grief, fright, humiliation, dizziness, fainting spells, memory loss, embarrassment, anger, chagrin, worry, disappointment, or fury that results from another person's conduct. Again, I am quoting from Black Law's Dictionary. Mental distress constitutes emotion pain and suffering. "When mental distress is extreme, there is liability."

2). I suffered panic attacks, anxiety, high blood pressure, memory loss, dizziness, anger, frustrations, furor, disappointments, falls, and fainting spells (seizures).

## H). PRAYER FOR RELIEF

AMANDA U. AJULUCHUKU
P.O. BOX 12424
SETTLE, WA 98111

I would like the court to do something. Please do not condone the discrimination, theft, and Sexual Assault of Frances Ken Josiah of Southern New England School of Law based upon disability and gender. "America is a free country for all" (President Jefferson, 1776). "I hope that someday, everyone will be judged by the content of their character and not by the color of their skin" (Dr. Martin Luther King, Jr., 1968). According to the Civil Rights Act 1964, University of Massachusetts Dartmouth is liable. Both men should face disciplinary action for their misconduct, misdoing, and misbehavior. According to the American Disability Act 12101 et seq., no disabled person shall be denied access to financial aid. America is a great country owing to the diversity of her people. As a disabled person, I also have a voice. I pray that my voice will be heard today. I have been singled out for a reason. I would like to think it is because I have the capacity to speak on behalf of all disabled persons, especially children. Hundred years from now, I pray that America would lead the world in shaping the minds of wrongdoers. We as a nation have the capability to rise above evil, stereotypes, and hate crimes. In doing so, we have come to do what God has put US on earth to do. Honesty is the best policy. I have told the truth. I know that when I leave this earth, my conscience will be clear (Ajuluchuku, A.U; 2004). Please remember "America is a free country for all" (President Jefferson, 1776). "I have a dream that one day everyone will be judged by the content of their character and not by the color of their skin" (Dr. Martin Luther King Jr. 1968).

Your Honor, granting me $2,000,000,000.000.00 (two trillion dollars) for compensatory and punitive damages is a matter of law.

S/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

AMANDA U. AJULUCHUKU
P.O. BOX 12424
SETTLE, WA 98111

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Amanda U. Ajuluchuku

**DEFENDANTS**
Ken Joseph / Southern New England School of [Law] 25 P[...] Bristol

(b) County of Residence of First Listed Plaintiff: **KING**

County of Residence of First Listed Defendant: **Bristol**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Amanda U. Ajuluchuku
P.O. Box 12424
Seattle, WA 98111
(206) 407-7925

Attorneys (If Known)
**05-10893 RCL**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☒ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Violations of the ADA 12101 et seq and Civil Rights Act 1964
Brief description of cause: Sexual assault and grand theft

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 92,000,000,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 4/22/05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____