UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMANDA AJULUCHUKU,
                Plaintiff,

            v.                          Civil Action No. 05-10893-RCL

FRANCES KEN JOSIAH
OF SOUTHERN NEW ENGLAND
SCHOOL OF LAW.
                Defendant.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒      GRANTED.

☐      DENIED for the following reason(s):

☐      The Clerk shall issue a summons and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

☒      The Clerk shall not issue summonses at this time pending further review of this case.

SO ORDERED.

<u>June 9, 2005</u>                                  <u>/s/ Reginald C. Lindsay</u>
DATE                                         REGINALD C. LINDSAY
                                             UNITED STATES DISTRICT JUDGE