
In the United States District Court of Massachusetts at Boston

| | |
|---|---|
| AMANDA U. AJULUCHUKU, Plaintiff, vs. Francis Ken Josiah of /and Southern New England School of Law (SNESL) Defendants | No:05-10893RCL **SUPPLEMENTED ANSWER TO JUDGE'S ORDER CLASSIFIED UNDER SHOW CAUSE MOTION TO GRANT SUMMONS** Note on Calendar July 8, 2005 **COMPLAINT** Discrimination based upon disability, gender, nationality, and race (color) classified under 446 as Other Civil Rights-Americans with Disabilities." |

To the Clerk of the Court

Amanda U. Ajuluchuku
P.O. Box 12424
Seattle, WA 98111
Phone (206) 407-7925

June 20, 2005

Judge Reginald C. Lindsay
US District Court of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Reginald Lindsay:

    Your Honor, I am in receipt of your Order dated June 13, 2005. In your Order, you granted me thirty-five days to show cause. Otherwise, the above-captioned case will be dismissed on July 18, 2005. I would like to show case as well as request that you grant me summons to serve the defendants in the above-captioned case. I have noted July 8, 2005 on your calendar. My reasons are proper as follows:

1).     Defendant Francis Ken Josiah was a student in my summer class of torts at Southern New England School of Law. It is possible that Defendant is still at SNESL. He made every attempt to cover up his crime by moving to another address, job, and school

Page 1
Answer to Judge's Order-Show Cause and
Motion to Grant Summons

since the date the sexual assault occurred in July 2003.

2). The sexual assault took place when I was a student at SNESL. Therefore, it is suffice to include SNESL. In my complaint, I listed the name and address of Defendant as Southern New England School of Law-Attention: Dean Robert Ward, Jr.

3). Francis Ken Josiah sexual assaulted me in his home. He forced me to engage in sexual relations with him. I tried to fight him off. However, he threw me on the floor of his living room and sexually assaulted me when he ejaculated inside me. Due to my minimal motor skills (disability), I was rendered powerless. During the ensuing weeks, I was afraid that I was pregnant. Defendant is perfectly aware of this sexual assault. I telephoned him to discuss it. Instead, he evaded me. Since the assault, I have neither visited him nor seen him.

4). I did not report to the Police because Baltimore County Police kidnapped my child as in Ajuluchuku vs. Baltimore County Police on June 20, 2003, a day before my birthday on June 21, 2003. I filed the case in July 2003. I also filed six other Maryland cases in your court Ajuluchuku vs. Judge Kathleen Cox, Ajuluchuku vs, MTA Police, Ajuluchuku vs. Montgomery County Police, Ajuluchuku vs. Board of Childcare, Ajuluchuku vs. Morgan State University) from July 2003 until October 2003. As always, I put my son first. I suffered in silence. I did not notify SNESL. At the time, I could not bring myself to tell anyone.

5). About three months after the sexual assault, my father died on October 7, 2003. I mourned my father for a year.

6). In January 2004, I moved away from Massachusetts to Washington. My former fiancé and I met in Boston. When I was locked out of my dorm room at University of Massachusetts as in Ajuluchuku vs. University of Massachusetts, I stored my worldly possessions of more than $10,000.00 consisting of eleven big boxes (piano, thousands of clothes, one hundred pairs of shoes, twenty small boxes of cosmetics, one hundred movie tapes, two paintings, a microwave, a color TV, VCR, ten manuscripts, nine photo albums, precious jewelry, fifty CDs, vases of flowers, two Bachelors degrees from City University of New York and University de Poitiers, France, hospital records, disability records, permanent disability placard for driving, transcripts, my son's original GED Diploma, more than one thousand business cards in a small bag, etc).

9). Your Honor, Defendant has stolen all my worldly possessions. I asked him to donate many of them to the children at the Salvation Army in New Bedford, Instead, he stole them. I also asked him to send the movie tapes, cds, albums, diplomas, disability records, degrees, manuscripts, and jewelry to me. He only sent a few jewelry to me. Francis Ken Josiah stole these precious belongings. Hence, his misconduct has caused me emotional distress. I have suffered nightmares, more seizures, dizziness, embarrassment, humiliation, memory loss, fright, anger, and furor.

10). I wanted to send him money to ship them via third class. However, he was not willing to disclose his new address.

11). I believe that he sexually assaulted me and stole my worldly possessions due to my disability because he felt that no one would believe me. Your Honor, I am not an attorney. If you want to reclassify the above-captioned case under diversity, it is entirely up to you. Francis Ken Josiah violated my civil rights when he sexually assaulted me in July 2003. The following year, he stole many of my worldly possessions in July 2004.

Page 2
Answer to Judge's Order-Show Cause and
Motion to Grant Summons

Thus and thus, he is a serial predator. It is as though I have been sexually assaulted twice. Again, I have not seen Defendant since July 2003.

12). I wanted to file this case in Washington since I am a resident. However, Washington advised me to file this case in Massachusetts because the defendants reside in Massachusetts.

13). This case belongs in the Federal court because it addresses both disability and diversity. In both instances, my civil rights were violated. Federal courts are known for presiding over disability and diversity cases. Hence, I have stated why relief should be granted.

14). Again, SNESL should also be held liable. I included them in my complaint. Most importantly, they ought to know the whereabouts of Francis Ken Josiah. They know his social security number because he attended Summer 2003 and applied to Fall 2003 at SNESL. Again, Your Honor, I was sexually assaulted when I was a student at SNESL. I classified this lawsuit as Francis Ken Josiah of Southern New England School of Law. I intended to sue Francis Ken Josiah and SNESL. Therefore, I have properly invoked 28 U.S.C. $$ 1331.

15). I would like to take this opportunity to thank your court for granting my Forma Pauperis. Thank you! Thank you! Thank You! I sought Forma Pauperis because many employers have been discriminating against me based upon my disability. I hold a Bachelors degree in Accounting. I have taken more than eleven graduate courses, including MBA and Torts classes. Due to my disability, I tend to excel in Advanced Accounting as opposed to Basic Accounting. I bring enthusiasm, professionalism, and creativity to all my assignments. I only earned $190.00 from Ajilon Finance and $480.00 from Adecco in the last twelve months.

16). In the event that you do not want to proceed with this case in Massachusetts, I would like to request, Your Honor, that you transfer it to Washington.

17). I have donated my personal belongings to children in Africa and America. In 2000, I donated many valuable possessions to the children at the Salvation Army in Santa Ana, California. In 2003, I donated many valuable belongings to the children in Baltimore, Maryland. In 2004, I asked Francis Ken Josiah to donate many of valuable belongings to the children at the Salvation Army in New Bedford, Massachusetts. However, he stole them.

18). I am a writer as well as an Accountant. I plan to donate some of the proceeds of this lawsuit to children all over the world. I understand their pains and sufferings. When I was six months old, I fell down. I injured a part of my brain.

19). Finally, I stated in my complaint that Francis Ken Josiah discriminated against me based upon my gender. He also discriminated against me due to nationality, and race (color). He is male. I am female. Originally, he is from Sierra Leone. His parents are both Africans. My mother was African-American. Your Honor, I pray that you would grant me summons to serve both Francis Ken Josiah and Southern New England School of Law (SNESL) The American Disability Act also covers malpractice in Education. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
**Amanda U. Ajuluchuku (Pro Se)**
**Enclosure: Reference USA for SNESL**

Page 3
Answer to Judge's Order-Show Cause and
Motion to Grant Summons




◁ Back

(Revise My Criteria)  (New Search)

## Detailed Listing

| | | | |
|---|---|---|---|
| **Name:** | SOUTHERN NEW ENGLAND SCHL-LAW | Google News | **Employees:** | **Corporate: Location:** 50 to 99 |
| **Address:** | 333 FAUNCE CORNER RD | | **Est Sales:** | |
| **City:** | NORTH DARTMOUTH, MA 02747-1252 | | **Location:** | SINGLE LOC |
| **Contact:** | | | **Headquarters:** | None |
| **County:** | BRISTOL | | **Credit Rating Code*:** | INSTITUTION |
| **MSA (Metro Area):** | Boston, MA-NH | | **ABI Number:** | 840724421 |
| **Phone:** | (508) 998-9888 | | **Public:** | NO |
| **Fax**:** | | | **Stock Exchange:** | None |
| **Fortune 1000 Ranking:** | Not Available | | **Ticker Symbol:** | Not Available |
| **Foreign Parent:** | NO | | **Toll Free Number:** | Not Available |
| | | | **URL:** | Not Available |

| SIC | Lines of Business | Ad Size | Year Appeared in YP |
|---|---|---|---|
| 8222-98 | JUNIOR COLLEGES & TECHNICAL INSTITUTES | | 1996 |
| 8211-03 | SCHOOLS CERTIFICATE/VOCATIONAL VOCATIONAL | REGULAR | 1991 |
| 8221-01 | SCHOOLS-UNIVERSITIES & COLLEGES ACADEMIC BACHELORS DEGREE PRIVATE AND PAROCHIAL | | 1991 |

| NAICS | Lines of Business |
|---|---|
| 61121002 | JUNIOR COLLEGES |
| 61111007 | ELEMENTARY & SECONDARY SCHOOLS |
| 61131009 | COLLEGES & UNIVERSITIES |

| Map It! | Add to List |
|---|---|

Show Businesses Within [1/10 mile ▼]   All Businesses
Show SIC's Within [1/10 mile ▼]   SIC Search

* Our Credit Rating Codes are indicators of probable ability to pay. They are based on business demographic factors such as number of employees, years in business, industry stability, bill paying history, barriers to entry, and government data. We recommend that these ratings be used primarily as a starting point and should not be the sole factor used in making a credit decision. You must obtain more information from bank and trade references, local credit bureaus, or other sources before extending credit. We will not be liable for any