**In the United States District Court of Massachusetts at Boston**

| | |
|---|---|
| **AMANDA U. AJULUCHUKU,**<br>**Plaintiff,**<br>**vs.**<br>**Francis Ken Josiah of /and**<br>**Southern New England School of**<br>**Law (SNESL)**<br>**Defendants** | **No:05-10893RCL**<br>**AMENDED ANSWER TO JUDGE'S**<br><u>**ORDER CLASSIFIED UNDER**</u><br><u>**SHOW CAUSE**</u><br><u>**MOTION TO GRANT SUMMONS**</u><br>**Note on Calendar**<br>**July 8, 2005**<br><u>**COMPLAINT**</u><br>**Discrimination based upon disability, gender, nationality, and race (color) classified under 440 as Other Civil Rights-Americans as either Federal Question or Diversity"** |

**To the Clerk of the Court**

**Amanda U. Ajuluchuku**
**P.O. Box 12424**
**Seattle, WA 98111**
**Phone (206) 407-7925**

**June 22, 2005**

**Judge Reginald C. Lindsay**
**US District Court of Massachusetts**
**1 Courthouse Way, Suite 2300**
**Boston, MA 02210**

**Dear Judge Reginald Lindsay:**

Page 1
Answer to Judge's Order-Show Cause
and Motion to Grant Summons

I have already answered to your Order to show cause. I sent two court documents. Again, I am not an attorney. However, I would like to reclassify the above captioned case under 440 as "Other Civil Rights" either under Federal Question or Diversity. In all my pleadings, including my complaint, I articulated that Defendants violated my civil rights under the Civil Right Act of 1964.

Thank you, Your Honor. I pray that you would not dismiss the above-captioned case. Most importantly, I pray that you would grant me summons to serve Defendants for violating my civil rights. I have noted July 8, 2005 on your calendar.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

Page 2
Answer to Judge's Order-Show Cause
and Motion to Grant Summons