*U.S. GPO: 2000-463-702/25203

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

**PLAINTIFF** Amanda U. Ajuluchuku

**COURT CASE NUMBER** 1:05 CV 10893

**DEFENDANT** Francis Ken Josiah

**TYPE OF PROCESS** Summons & Complaint

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dean Robert Ward of Southern New England School of Law

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

333 Faunce Corner Road, North Dartmouth 02747

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Amanda U. Ajuluchuku
P.O. Box 12424
Seattle, WA 98111
Phone (206) 407-7925

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Southern New England School of Law
333 Faunce Corner Road,
North Dartmouth, MA 02747
Phone (508) 998-9600
Attention: Robert Ward Jr., Dean

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

**TELEPHONE NUMBER** (206) 407-7925

**DATE** 07/29/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

Amanda AJULUCHUKU

V.

Frances Ken JOSIAH

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05cv10893-RCL

TO: (Name and address of Defendant)

Frances Ken Josiah

Southern New England School of Law
333 Faunce Corner Road,
North Dartmouth, MA 02747
Phone (508) 998-9600
Attention: Robert Ward Jr., Dean

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amanda AJULUCHUKU, PRO SE

Amanda U. Ajuluchuku
P.O. Box 12424
Seattle, WA 98111
Phone (206) 407-7925

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                JULY 25, 2005
CLERK                            DATE

_Rebecca Greenbey_
(By) DEPUTY CLERK