- 1 -

MOTION FOR RELIEF/DEFAULT/1:05-CV-10893

**In the United States District Court of Massachusetts at Boston**

| | |
|---|---|
| **Amanda U. Ajuluchuku**<br>**Plaintiff**<br>vs.<br>**Francis Ken Josiah**<br>**Defendant** | No. 1:05 cv-10893<br>MOTION FOR RELIEF<br>MOTION FOR DEFAULT<br>NOTE ON CALENDAR<br>AUGUST 31, 2005 |

Amanda U. Ajuluchuku
P.O. Box 12424
Seattle, WA 98111
Phone (206) 407-7925

July 29, 2005

Judge Reginald Lindsay
Clerk, US District Court of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Reginald Lindsay:

    Your Honor, I would like to motion your court for relief as well as default. My reasons are proper as follows:
1).     Defendant has not bothered to answer.
2).     Twenty days has elapsed since Defendant was served.
3).     Defendant is either a law student and or in the MBA program. Therefore, Defendant is not in the military.
4).     It has been two years since Defendant sexually assaulted me.
5).     It has been one year since Defendant stole all my worldly items.
6).     I am attaching a Proposed Order Granting Relief. I have already stated in my complaint and amended complaint why relief should be granted. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

MOTION FOR RELIEF/DEFAULT/1:05-CV-10893

AMANDA U. AJULUCHUKU
P.O. BOX 12424
SETTLE, WA 98111