Evidential Matters in Ajuluchuku vs. Josiah No. 1:05 cv-10893

**In the United States District Court of Massachusetts at Boston**

| Amanda U. Ajuluchuku<br>Plaintiff<br>vs.<br>Francis Ken Josiah<br>Defendant | No. 1:05 cv-10893<br>**Evidential Matters**<br>Letters and E-mails from Francis Ken Josiah/Letters to Francis Ken Josiah/Disability Record as Evidential Matters. |
|---|---|

Amanda U. Ajuluchuku
P.O. Box 12424
Seattle, WA 98111
Phone (206) 407-7925

August 19, 2005

Judge Reginald Lindsay
Clerk, US District Court of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Reginald Lindsay:

    I would like to submit correspondence from Francis Ken Josiah. I am also submitting letters to Francis Ken Josiah and a copy of my disability record. I stored several of my permanent disability records in the storage. Francis Ken Josiah stole them, along with other personal belongings. These evidential matters support the facts of the case, announce his telephone numbers, last address, and last job e-mail address. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

Evidential Matters in Ajuluchuku vs. Josiah No. 1:05 cv-10893

AMANDA U. AJULUCHUKU
P.O. BOX 12424
SEATTLE, WA 98111

MR#286355

**PROVIDENT
LIFE AND ACCIDENT
INSURANCE COMPANY**

1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402

| | | | | |
|---|---|---|---|---|
| Name of Patient (Please Print) Amanda Ajuluc | Social Security Number | Birthdate (Mo Da Yr) | | Policy Number |
| Present Address Street P.O. Box 13983 | City Torrance | | CA | Zip 90503 |

## Attending Physician's Statement of Critical Illness

*The patient is responsible for the completion of this form without expense to the Company.
Space is available on the reverse side if you wish to amplify your answers.*

1. **History**
   (a) When was illness diagnosed? __Feb 1995__
   (b) Blood Pressure __120/85__ Height __5'4"__ Weight _____

2. **Diagnosis**
   (a) Primary Diagnosis __Chronic Stress Reaction; Anxiety; Vertigo__

   (b) Secondary Diagnosis _____

3. **Symptoms**
   (a) Subjective Symptoms __as above__

   (b) Objective findings (include results of current x-rays, EKG's or any other special test _____

   (c) Has patient been diagnosed as terminally ill with a life expectancy of less than 12 months? ☐ Yes ☒ No

4. **Definitions**
   Which of the following "Activities of Daily Living" is the patient unable to perform?

   Bathing: The ability to wash the body, including getting to or obtaining the bathing water and implements.

   Dressing: The ability to put on, fasten and take off all items of clothing that are worn daily. This includes the ability to obtain and replace those items from their normal storage area in the immediate environment.

   Eating: The ability to move food by any means from a receptacle into the body.

   ☒ Getting Around: The ability to move about either on foot or by using a device such as a wheel chair.

   ☐ Toileting: The ability to get to and from the bathroom (or toilet room), to take care of bowel and bladder needs. This includes the ability to transfer on and off the toilet, to cleanse self after elimination and to adjust clothing.

   ☒ Transferring: The ability to change positions, such as moving from the bed to standing, chair to standing, and bed to chair and the reverse of these activities.

| | | | |
|---|---|---|---|
| | _Mark P. Schwartz_ | MD | 310 214 0811 |
| Date JAN 26 1996 | Signature (Attending Physician) | Degree | Telephone Number |

MARK P. SCHWARTZ, M.D.
~~3565 DEL AMO BLVD.~~
~~TORRANCE, CA 80503~~
(310)214-0811 APPT. EXT 6205

Street Address _____ City or Town _____ State (Province) _____ Zip

36-CTA (3-92)

Amanda U. Ajuluchuku
P.O. Box 534
Seattle, WA 98111
Cellular (206) 372-2066
amandaajuluchuku@yahoo.com

July 6, 2004

Ken Josiah
635 Summer Street, #2
New Bedford, MA 02746
Cellular (617) 571-9899

*This letter is being sent via certified mail to ensure delivery.*

Dear Ken:

How are you?

Thank you so much for agreeing to send my belongings. I am enclosing the key to my storage space (#303) at U-HAUL, 415 Mount Pleasant Street, New Bedford, MA 02740. Telephone (508) 997-6576. The manager's name is Julie. And the Assistant manager's name is Lorenzo.

I have paid until July 28, 2004. Therefore, you have ample time to retrieve all of my belongings from U-HAUL. I have also enclosed a copy of both of my driver's licenses. The Massachusetts's driver's license has been punched since I am no longer a resident. I need these things:
- My piano. It is already boxed up. And my Compaq adaptor/electrical feature.
- Clothes, shoes, jewelry, manuscripts, movie tapes, CDs, and photo albums.

You will have to go through the mess to locate them. I was in a hurry. I could not afford to miss my plane. I greatly apologize. All of the above will fit into one box. Altogether, there will be two boxes. You may ship them to the above-listed mailing address.

You have my permission to take the rest of the belongings and [or] donate them to the under-privileged.
- Microwave, TV-VCR, canned foods, comforters, fan, flowers, and suitcases.

I thank you from the bottom of my heart.

Amanda

Cc: Julie and Lorenzo, Manager and Assistant Manager

                                                              Amanda U. Ajuluchuku
                                                              P.O. Box 534
                                                              Seattle, WA 98111

635 Summer Street
New Bedford MA, 02746
10.2.2004

Amanda:

Reference your registered letter to me dated July 6, 2004, I wish to inform you again as I did by phone that I have removed your belongings from the storage space #303. I have all the items you indicated in my place awaiting your arrangement to have them shipped. You must know that I have done a great deal of service and sacrificed a good deal of my time to remove those items and hold them all this time. I will be moving to another apartment very soon, and would like you to have made concrete shipping arrangements by the end of October after which I will be compelled to get rid of them. My house can no longer be a storage facility for your items come November.

As part of my goodwill gesture, in addition to cleaning out your space and transporting your items to my place, I have paid for the mailing cost of your enclosed jewelry. The shipment of all the other items as requested in your letter are your responsibility and should be done in the next thirty days after which I will no longer be able to provide custody.

This letter is proof of my good will intent to avoid any future problems. I hope you will appreciate my effort and take care of the shipment of the rest of your items before the end of the month.

Sincerely,

*F. K. Josiah* (signature)
F. Ken Josiah

Amanda U. Ajuluchuku
P.O. Box 534
Seattle, WA 98111
Cellular (206) 372-2066
amandaajuluchuku@yahoo.com

October 10, 2004

Ken Josiah
635 Summer Street, #2
New Bedford, MA 02746
Cellular (617) 571-9899
Work (617) 443-4649
Home (774) 202-3928

*This letter is being sent via certified mail to ensure delivery.*

Dear Ken:

In response to your letter dated October 2, 2004, I would like you to donate all my belongings to the Salvation Army in Massachusetts for the children. Please send me the eight albums, including the enlargement pictures, movie tapes, manuscript, and records of disability via third class mail.

Thank you.

Amanda

Amanda U. Ajuluchuku
P.O. Box 534
Seattle, WA 98111

**Date:** Tue, 22 Feb 2005 23:18:54 -0800 (PST)

**From:** "Amanda Ajuluchuku" <amandaajuluchuku@yahoo.com>   View Contact Details

**Subject:** I will be sending the $20.00 via Western Union

**To:** "Francis Josiah" <FJosiah@nef.com>

Ken:

I will send the $20.00 via Western Union tomorrow (Wednesday). I have been shipping stuff for so long. It should cost between $10.00 and $20.00. You may refund me the money because I am not working.

I will send it to you via Western Union tomorrow. Ken Francis Josiah. The pin word should be Kenneth.

I will be extremely busy tomorrow. I will be leaving my home around 6:30 A:M. Afterwards, I will go to Western Union. I will not have the time and energy to go to the library to check my e-mails. I will of course check my e-mails from my laptop. It depends on how tired I am. Sometimes, I wait till the evening to check them.

In any event, you should be able to go to any Western Union to get the money. You should also start sending the albums and manuscript via third class mail and books tomorrow. It should take about one week for them to arrive. Please send them to me via my physical address. It is more convenient because I lack the motor skills to carry them from the post office. Plus, if they arrive before I depart to Seattle, the hotel will forward them to me. The post office (mailing address) does not forward packages. They will only forward mail.

Amanda U. Ajuluchuku
4240 Boulder Hwy. #3204
Las Vegas, NV 89121

I do not have the minutes to telephone you except after 9 P:M (MY TIME-Midnight your time) and weekends.

Writing is the only way to communicate before Friday.

Thank you very much for all your efforts. I apologize for the major miscommunication. I will of course erase your number from my cell number once we have finished this business transaction. It appears we are both under a lot of negative stress.

Amanda
--- Francis Josiah <FJosiah@nef.com> wrote:

> The bin is located on Mount Pleasant street next on
> the property of the
> Getty Gas station. I do not know the address. Sorry.
>
> -----Original Message-----
> From: Amanda Ajuluchuku
> [mailto:amandaajuluchuku@yahoo.com]
> Sent: Tuesday, February 22, 2005 6:12 PM
> To: Francis Josiah
> Subject: RE: My pictures. piano, and possessions
>
>
> I am grateful that you went to trouble to get my
> stuff
> from the storage. I am also grateful that you sent
> my
> jewelry to me. I only wanted to know the address of
> the bin. I have no idea why you are very reluctant
> to
> give it to me.
>
> I am not interested in your address. I moved away
> from
> Massachusetts. I am not interested in you. You have
> been the one who has been saying that you would
> bring
> my albums to Las Vegas. You have also said that you
> send the albums to me. I have given you my address

```
> many times. Yet, you have never bothered to send
> them.
> You see, I am not interested in your address.
> You are the one who has been calling all the shots.
> Please send my albums and manuscripts. If you do not
> mind writing the address of the bin, I will make
> mention of it in  my return. I do not remember
> seeing any bins except for the trash bins.
>
> Why are you so upset? I cannot pay on line because I
> do not have a credit card. The only option is to
> send
> them via US mail. It will cost less than $20.00. It
> might even cost $10.00. I will of course refund you
> since you do not want to give me your address. It is
> perfectly fine with me. I will not be coming to
> Massachusetts.
>
> Amanda
> --- Francis Josiah <FJosiah@nef.com> wrote:
>
> > Sorry I am not giving you my address. You are
> > ungrateful to tell me I did
> > not rescue you. I am a victim of my own kindness.
> I
> > gave you a ride from
> > school and it has come to this.I will find out
> from
> > the Post office if they
> > can have you send a prepaid authorization so I can
> > drop the for them to
> > mail. I am sure you have seen the bins where
> people
> > donate stuff allover the
> > country. I did just that. I am really disgusted by
> > all this.God be with you.
> >
> >
> > -----Original Message-----
> > From: Amanda Ajuluchuku
> > [mailto:amandaajuluchuku@yahoo.com]
> > Sent: Tuesday, February 22, 2005 5:45 PM
```

```
> > To: Francis Josiah
> > Subject: RE: My pictures. piano, and possessions
> >
> >
> > Ken:
> >
> > What is your address? You have never been at my
> beck
> > and call. If you were, you would have rescued me
> > from
> > the snow, cold, and winds of Massachusetts. You
> > refused to lift a finger to help me when I was
> > experiencing discrimination at University of
> > Massachusetts.
> >
> > I appreciate the fact that you went to my storage.
> > But
> > I wanted you to donate the items to the Salvation
> > Army. Did you or did you not donate the items to
> the
> > Salvation Army? Why would you deposit them in the
> > bin?
> > Please give me the address of the Salvation Army.
> > Why
> > would you succumb to low levels to put the stuff
> for
> > the children in the cold? It is not fair at all.
> Do
> > you think that you would be upsetting me if you
> left
> > the stuff in the bin. I made a conscious decision
> to
> > donate those precious things to precious children.
> >
> > Please e-mail me your address. I will send you a
> > third
> > class postage so that you can forward the box to
> my
> > mailing address. I have been wondering why you
> have
> > kept my albums and manuscripts for so long. It is
> > about time? Don't you think? The pictures are
```

```
> > precious. It would cost less than $20.00 to send
> > them
> > via third class mail. As long as you label them
> > third
> > class and books.
> >
> > Please e-mail me your address. The last time I
> > checked
> > with you. You ordered me to pick up my belongings
> > because you were moving to a different address.
> > Then,
> > I reminded you to donate them to the children.
> Now,
> > I
> > am hearing that you put them in the bin. The
> > Salvation
> > Army would have been happy to pick them up.  Did
> > they
> > instruct you to put them in the bin. If so, tell
> me
> > exactly their address.
> >
> > Amanda
> >
> >
> > --- Francis Josiah <FJosiah@nef.com> wrote:
> >
> > > You are right, I should not be angry. If you
> know
> > > New Beford very well,
> > > there is a disposal bin at the Getty Gas
> station.
> > > That is exactly where I
> > > deposited your stuff. It is on Mount Pleasant
> Road
> > > going towards the
> > > Airport.
> > > I did not keep anything of yours like you told
> me
> > > to. Now do me a favor,
> > > please send a prepaid postal service to have
> your
```

```
> > > box of pictures mailed by
> > > the 30th of March. Afterwards I will be forced
> to
> > > dispose of them as well. I
> > > cannot trust your inconsistency anymore.
> > > You should not think I should be angry for
> asking
> > me
> > > to account for dispoing
> > > your stuff until I can provide a reciept? Did
> n't
> > > you think of it before
> > > asking me to get rid of the stuff. I did not
> know
> > > you wanted to claim it for
> > > your taxes. I hope you do not ask me for help
> > > becuase I am not at your
> > > beckon call anymore.
> > > Sorry.
> > >
> > > -----Original Message-----
> > > From: Amanda Ajuluchuku
> > > [mailto:amandaajuluchuku@yahoo.com]
> > > Sent: Tuesday, February 22, 2005 3:05 PM
> > > To: Francis Josiah
> > > Subject: RE: My pictures. piano, and possessions
> > >
> > >
> > > Ken:
> > >
> > > Do you mind giving me the name of the Salvation
> > > Army?
> > > You said that you gave it to the Salvation Army.
> > Why
> > > on earth would you deposit it in a bin? Is it a
> > > Salvation Army bin? Why are you getting angry?
> All
> > I
> > > am asking is for you to supply me with proof. Is
> > > there
> > > a problem? If there is a problem, please tell
> me.
```

```
> > I
> > > will be able to reconcile the fact that you
> > decided
> > > to
> > > keep the items. I would not understand why you
> are
>
=== message truncated ===


=====
Amanda U. Ajuluchuku
Las Vegas, NV 89121
```

**Date:** Tue, 22 Feb 2005 16:14:04 -0800 (PST)

**From:** "Amanda Ajuluchuku" <amandaajuluchuku@yahoo.com>  View Contact Details

**Subject:** RE: My pictures. piano, and possessions

**To:** "Francis Josiah" <FJosiah@nef.com>

Does the estamp require a credit card? If it requires a credit card, I might not be able to send it. Besides, you have my albums. If you consider this an abuse, you should consider sending it to me at my mailing address. It will only cost $10.00. Do you want me to send you the money via your work address?

I know where you work. You gave me your work number. Remember, we attended the same summer class.

You are deliberately keeping my albums and psssessions. You can threaten all you can. But I have proof that you have my albums and all my belongings from the storage. All I asking you to do is to give me your work address so that I will to send you the money or you may send it to me via third class. It will only cost you less than $20.00. I will refund you. You may even pay half. I will pay the rest when my belongings arrive. Please inquire from the post office.

If you choose to dispose of my albums and possessions, it will not be fair at all. As far as calling you on your cell phone, it costs me money and time. I do not have the time and money to call you. I have been calling you to know when you will be able to send my albums and possessions. You promised that you would either send them via US mail or come down to Las Vegas to deliver them.

Amanda

--- Francis Josiah <FJosiah@nef.com> wrote:

```
> All I want is an estamp forwarded to my address by
> Friday. After which
> consider everything a loss. I am done with you. Do
> not not ever call me for
> advise or conversation. I consider a call on my
> phone a trespass and abuse
> of my privacy.
>
> -----Original Message-----
> From: Amanda Ajuluchuku
> [mailto:amandaajuluchuku@yahoo.com]
> Sent: Tuesday, February 22, 2005 6:06 PM
> To: Francis Josiah
> Subject: RE: My pictures. piano, and possessions
>
>
> I cannot afford to buy it on line. I do not have a
> credit line. You may ship the items to me at my
> mailing address. It will only cost $20.00. I will
> refund it to you.
>
> I was right! You moved away from your old address.
> Then, I reminded you to donate to the children.
> Please
> send the items to me now. Thank you. It will cost
> less
> than $20.00. Send whatever you can. REMEMBER TO
> LABEL
> THE ALBUMS AND MANUSCRIPT THIRD CLASS AND BOOKS.
> Thank
> you very much.
>
> Amanda U. AJuluchuku
> P.O. Box 71983
> Las Vegas, NV 89170
> --- Francis Josiah <FJosiah@nef.com> wrote:
>
> > Thank God for technology. Buy an estamp online and
> > foward it to me
> > electronically. You have until Friday after which
> > your email to this address
```

Yahoo! Mail - amandaajuluchuku@yahoo.com       Page 3 of 6

Case 1:05-cv-10893-RCL    Document 13    Filed 08/24/2005    Page 15 of 18

```
> > will be returned. I will not be using this email
> > anymore.
> >
> > -----Original Message-----
> > From: Amanda Ajuluchuku
> > [mailto:amandaajuluchuku@yahoo.com]
> > Sent: Tuesday, February 22, 2005 5:45 PM
> > To: Francis Josiah
> > Subject: RE: My pictures. piano, and possessions
> >
> >
> > Ken:
> >
> > What is your address? You have never been at my
> beck
> > and call. If you were, you would have rescued me
> > from
> > the snow, cold, and winds of Massachusetts. You
> > refused to lift a finger to help me when I was
> > experiencing discrimination at University of
> > Massachusetts.
> >
> > I appreciate the fact that you went to my storage.
> > But
> > I wanted you to donate the items to the Salvation
> > Army. Did you or did you not donate the items to
> the
> > Salvation Army? Why would you deposit them in the
> > bin?
> > Please give me the address of the Salvation Army.
> > Why
> > would you succumb to low levels to put the stuff
> for
> > the children in the cold? It is not fair at all.
> Do
> > you think that you would be upseting me if you
> left
> > the stuff in the bin. I made a conscious decision
> to
> > donate those precious things to precious children.
> >
> > Please e-mail me your address. I will send you a
```

```
> > third
> > class postage so that you can forward the box to
> my
> > mailing address. I have been wondering why you
> have
> > kept my albums and manuscripts for so long. It is
> > about time? Don't you think? The pictures are
> > precious. It would cost less than $20.00 to send
> > them
> > via third class mail. As long as you label them
> > third
> > class and books.
> >
> > Please e-mail me your address. The last time I
> > checked
> > with you. You ordered me to pick up my belongings
> > because you were moving to a different address.
> > Then,
> > I reminded you to donate them to the children.
> Now,
> > I
> > am hearing that you put them in the bin. The
> > Salvation
> > Army would have been happy to pick them up.  Did
> > they
> > instruct you to put them in the bin. If so, tell
> me
> > exactly their address.
> >
> > Amanda
> >
> >
> > --- Francis Josiah <FJosiah@nef.com> wrote:
> >
> > > You are right, I should not be angry. If you
> know
> > > New Beford very well,
> > > there is a disposal bin at the Getty Gas
> station.
> > > That is exactly where I
> > > deposited your stuff. It is on Mount Pleasant
> Road
```

```
> > > going towards the
> > > Airport.
> > > I did not keep anything of yours like you told
> me
> > > to. Now do me a favor,
> > > please send a prepaid postal service to have
> your
> > > box of pictures mailed by
> > > the 30th of March. Afterwards I will be forced
> to
> > > dispose of them as well. I
> > > cannot trust your inconsistency anymore.
> > > You should not think I should be angry for
> asking
> > me
> > > to account for dispoing
> > > your stuff until I can provide a reciept? Did
> n't
> > > you think of it before
> > > asking me to get rid of the stuff. I did not
> know
> > > you wanted to claim it for
> > > your taxes. I hope you do not ask me for help
> > > becuase I am not at your
> > > beckon call anymore.
> > > Sorry.
> > >
> > > -----Original Message-----
> > > From: Amanda Ajuluchuku
> > > [mailto:amandaajuluchuku@yahoo.com]
> > > Sent: Tuesday, February 22, 2005 3:05 PM
> > > To: Francis Josiah
> > > Subject: RE: My pictures. piano, and possessions
> > >
> > >
> > > Ken:
> > >
> > > Do you mind giving me the name of the Salvation
> > > Army?
> > > You said that you gave it to the Salvation Army.
> > Why
> > > on earth would you deposit it in a bin? Is it a
```

```
> > > Salvation Army bin? Why are you getting angry?
> All
> > I
> > > am asking is for you to supply me with proof. Is
> > > there
> > > a problem? If there is a problem, please tell
> me.
> > I
> > > will be able to reconcile the fact that you
> > decided
> > > to
> > > keep the items. I would not understand why you
> are
> > > angry. After all, you can afford to live richly.
> > > There
> > > is no need to get angry over nothing. Is there?
> > >
> > > Amanda
> > > --- Francis Josiah <FJosiah@nef.com> wrote:
> > >
> > > > I am very very very particularly sorry but I
> do
> > > not
> > > > have a reciept because I
> > > > deposited it in a bin outside the buliding.
> You
> > > > should have indicated that
> > > > you wanted a receipt. Perhaps I should have
> > > > reconsidered this whole idea of
> > > > helping you dispose of your items. You are
> going
> > > to
> > > > make me really angry at
> > > > myself for trying to help.
>
=== message truncated ===
```