**In the United States District Court of Massachusetts at Boston**

| | |
|---|---|
| **AMANDA U. AJULUCHUKU,** **Plaintiff,** vs. **Josiah** **Defendant** | **No. 1:05-CV-10893** **Notice of Change of Address and Phone Number** **Amanda U. Ajuluchuku** **P.O. Box 95343** **Atlanta, GA 30347** **Cellular (702) 505-5745** |

**To the Clerk of the Court**

**Amanda U. Ajuluchuku**
**P.O. Box 95343**
**Atlanta, GA 30347**
**Cellular (702) 505-5745**

**September 1, 2005**

**Judge Reginald Lindsay**
**Clerk, US District Court of Massachusetts**
**1 Courthouse Way, Suite 2300**
**Boston, MA 02210**

**Dear Judge Reginald Lindsay:**

    **Your Honor, I would like to notify the court of my new address and phone number. Due to health reasons, I have decided to move back to Atlanta, Georgia. Thank you, Your Honor.**

**/s/Amanda U. Ajuluchuku**
**Amanda U. Ajuluchuku (Pro Se)**

AMANDA U. AJULUCHUKU