## In the United States District Court of Massachusetts at Boston

| | |
|---|---|
| **Amanda U. Ajuluchuku** <br> **Plaintiff,** <br><br> **Vs.** <br><br> **Southern New England of School of Law (SNESL) and Francis Ken Josiah,** <br> **Defendants** | **No. 05-CV-10893-RCL** <br> Amended Complaint to Include SNESL <br> **MOTION ON CALENDAR** <br> **SEPTEMBER 15, 2005** <br> **Discrimination based upon DISABILITY, NATIONAL ORIGIN, COLOR, and GENDER including SEXUAL ASSAULT AND GRAND LARCENY/GRAND THEFT classified under 446/440 as "Other Civil Rights-Americans with Disabilities"/Other Civil Rights under Federal Question/Diversity.** |

**To the Clerk of the Court**

### A). NAMES AND ADDRESSES OF PLAINTIFF AND DEFENDANT

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347
Phone (702) 505-5745

**August 26, 2005**

Southern New England School of Law and Francis Ken Josiah
333 Faunce Corner Road
North Dartmouth. MA 02747
Phone (508) 998-9600
**Attention: Dean Robert Ward JR:**

Complaint Against Southern New England
School of Law and Francis Ken Josiah

## B). FACTS OF THE CASE (ALLEGATIONS)

Your Honor, I would like to include Southern New England School of Law in the above-captioned case. I have remembered pertinent information. Dean Robert Ward Jr. promised me a seat in Fall 2003 semester if I took the summer 2003 at SNESL. After the summer class, he reneged on his promise. I met with him in his office. Still, his refusal was adamant. I have recurring memory loss due to my disability. I am enclosing a copy of my disability record. Recently, I submitted letters and e-mails from and to Francis Ken Josiah and a copy of my disability record. Today, I learned from Steve York that the summons has not been served. Upon completion, I returned to the court because the summons did not come with the court seal. To date, the summons and my complaint have not been forwarded to the US Marshal's office. I believe that the summons should include SNESL. Now that I am amending my complaint, I would like to motion the court to grant me an extension of time to serve Defendants. Due to health problems, I am moving back to Atlanta, Georgia. On August 25, 2005, I sent in my Notice of Change of Address and telephone Number to the court. Thank you, Your Honor.

1).     In July 2003, I took a summer class of Torts with Frances K. Josiah at Southern New England School of Law (SNESL). Afterwards, we both applied to Fall 2003.

2).     Dean Robert Ward, Jr. handled our applications for both Summer and Fall 2003. Dean Robert Ward wrote to me about the summer 2003 semester when I was still a Maryland resident. He assured me that if I enrolled in Summer 2003, SNESL would accept me as a law student. Afterwards, he arranged for the first year students to stay at University of Massachusetts' dormitory from Summer 2003 until Spring 2004.

3).     Frances K. Josiah drove me home to University of Massachusetts Dartmouth dorm after the evening classes. During one of our conversations, I told him about my disability. I also told him that the Baltimore County Police had kidnapped my seventeen and half year old son who was scheduled to attend University of Massachusetts.

4).     Frances Ken Josiah pretended to be a friend. One day, he drove me to his apartment in New Bedford and sexually assaulted me when he threw me on the floor of his kitchen and ejaculated inside me. During the ensuing weeks, I feared that I was pregnant. I brought it to his attention. He exhibited neither remorse nor compassion. Two days later, I saw my period. Fourteen days afterwards, I saw my period again. I had never had my period twice in a month. It was nauseating, to say the least. I could not fathom the reasons. I might add that I shared the refrigerator with five other students at the University of Massachusetts dormitory.

5).     I did not notify the Police. I could not trust the Police. Maryland Police made a career of stopping my minor son due to the color of his skin. I suffered in silence.

6).     In December 2003, my former fiancé flew me from Massachusetts to Washington for marriage. I traveled from Maryland to Massachusetts via Amtrak. I was unable to carry more than fourteen boxes of precious belongings worth over $100,000.00. I was only allowed to take three pieces of luggage without having to pay for excess luggage via Air Trans Airlines (ATA). I stored the rest of my belongings at Uhaul in New Bedford, Massachusetts.

7).     In July 2004, I decided to donate many of my belongings to the children at the Salvation Army in New Bedford, Mass. I asked Frances Ken Josiah to send me several

items and donate the rest to the children. He agreed. He only sent me a few of the jewelry. He did not send my ten manuscripts, eight picture albums, and one hundred tapes, disability records, degrees from City university of New York, and University of Poitiers, my son's diploma, ten enlargement portraits, two paintings, etc

7).    In February 2005, I learned that he had not donated any of the items to the children such as piano, fifty CDs, thousands of clothes, fifty pairs of shoes, cosmetics, perfumes, TV, VCR, microwave, canned foods, flowers, etc. In fact, he stole more than $100,000.00. I wanted to send him money. However, he refused to give me his address. Instead, he ordered me to buy the stamps online and send it to his last job e-mail address. I told him that I did not have a credit card. He issued me an ultimatum. "You have one day to buy the stamps online and remit them via my e-mail address. Otherwise, I will be dumping your possessions in the trash cans." Afterwards, he changed his job, address, and school. He stole all my worldly possessions. It is as though I have been sexually assaulted again and again.

8).    Since the sexual assault, Francis Ken Josiah has moved to another apartment and changed to another school. When I telephoned him to notify him of a possible pregnancy, he told me that Dean Ward did not accept him at SNESL. He added that he had been accepted into an MBA program in Boston.

9).    Since the grand theft, Francis Ken Josiah has moved to another apartment and changed jobs. He told me that his new job was close to SNESL in North Dartmouth, Massachusetts.

10).    In March 2005, I filed a Police report in Las Vegas, Nevada. I also filed it with Officer Demeres of New Bedford, Massachusetts concerning the grand theft.

11).    Even though Dean Robert Ward JR, promised that SNESL would accept me into Fall 2003 at SNESL, I was not accepted. Instead, I underwent a series of discrimination in Massachusetts.

12).    SNESL is aware of my disability. After SNESL denied my candidacy, I appealed it in writing. Afterwards, I met with Dean Robert Ward JR, to remind him of his promise. I came in with my walking cane (shaft). Additionally, I told him. Still, his refusal was adamant.

### C). DISCRIMINATION

1).    According to Black Law's Dictionary, edited by Byran A. Garner, Discrimination is the effect of a law or established practice that confers privileges on a certain class or denies privileges to a certain class because of race, age, sex, nationality, religion or handicap. State laws provide further protection against protection. Differential treatment especially a failure to treat all persons equally when no reasonable distinction can be found between the favored and those not favored. Invidious discrimination is based upon prejudice or stereotyping.

2).    Defendants preyed me upon my disability, color, and gender. Both Dean Robert Ward Jr. and Francis Ken Josiah are very very jet-black (Ebony). Conversely, my skin is brownish.

### D). SEXUAL ASSAULT

Rape is a common form of sexual assault. It is
committed in many situations — on a date, by a

friend or an acquaintance, or when you think you are alone. Educate yourself on "date rape" drugs. They can be slipped into a drink when a victim is not looking. *Never* leave your drink unattended — no matter where you are. Try to always be aware of your surroundings. Date rape drugs make a person unable to resist assault and can cause memory loss so the victim doesn't know what happened.

## E. DISABILITY

1).    "Physical disability is an incapacity caused by a physical defect, bodily imperfect or mental weakness." "An individual with a disability is defined by the ADA as a person who has a physical or mental impairment that substantially limits one or more major life activities, a person who has a history of record of such an impairment, or a person who is perceived by others as having such an impairment. The ADA does not specifically name all of the impairments that are covered.

2).    When I was a baby, I fell down a flight of stairs. I injured my brain in the process. As a consequence, I lack motor skills. Playing the piano at the age of six rewired my brain and accorded me minimal motor skills. Dizziness and fainting spells are symptoms of my disability. I have a record of disability with Dr. Mark Schwartz. I have received disability benefits from the State of California and Provident Life Insurance. The State of California issued me a permanent disabled placard for driving. Some driver hit me for driving twenty-five miles an hour on the streets and freeways. In 1999, I gave up driving.

## F. LIABILITY

1).    I am entitled to relief under the American Disability Act 12101 et seq. and Civil Rights Act 1964.

## F). MENTAL OR EMOTIONAL DISTRESS

1).    "Mental or emotional distress is a highly mental unpleasant mental reaction such as anguish, grief, fright, humiliation, dizziness, fainting spells, memory loss, embarrassment, anger, chagrin, worry, disappointment, or fury that results from another person's conduct. Again, I am quoting from Black Law's Dictionary. Mental distress constitutes emotion pain and suffering. "When mental distress is extreme, there is liability."

2). I suffered panic attacks, anxiety, high blood pressure, memory loss, dizziness, anger, frustrations, furor, disappointments, falls, homelessness, and seizures.

## G). PRAYER FOR RELIEF

I would like the court to do something. Please do not condone the discrimination from Defendants based upon disability, color, and gender. "America is a free country for all" (President Jefferson, 1776). "I hope that someday, everyone will be judged by the content of their character and not by the color of their skin" (Dr. Martin Luther King, Jr., 1968). According to the Civil Rights Act 1964, University of Massachusetts Dartmouth is liable. Both men should face disciplinary action for their misconduct, misdoing, and misbehavior. According to the American Disability Act 12101 et seq., no

disabled person shall be denied access to financial aid. America is a great country owing to the diversity of her people. As a disabled person, I also have a voice. I pray that my voice will be heard today. I have been singled out for a reason. I would like to think it is because I have the capacity to speak on behalf of all disabled persons, especially children. Hundred years from now, I pray that America would lead the world in shaping the minds of wrongdoers. We as a nation have the capability to rise above evil, stereotypes, and hate crimes. In doing so, we have come to do what God has put US on earth to do. Honesty is the best policy. I have told the truth. I know that when I leave this earth, my conscience will be clear (Ajuluchuku, A.U; 2004). Please remember "America is a free country for all" (President Jefferson, 1776). "I have a dream that one day everyone will be judged by the content of their character and not by the color of their skin" (Dr. Martin Luther King Jr. 1968).

Your Honor, granting me $9,000,000,000.000.00 (Nine trillion dollars) as compensatory and punitive damages on behalf of all children, my son, and myself is a matter of law.

/s/Amanda U. Ajuluchuku

Amanda U. Ajuluchuku (Pro Se)

Enclosures: E-mails and Letters from and to Francis Ken Josiah and a copy of my disability record have already been docketed by Steve York.

Complaint Against Southern New England
School of Law and Francis Ken Josiah

AMANDA U. AJULUCHUKU