- 1 - MOTION FOR DEFAULT
RE-NOTE ON CALENDAR
OCTOBER 1, 2005

**In the United States District Court of Massachusetts at Boston**

| | |
|---|---|
| Amanda U. Ajuluchuku<br>Plaintiff,<br>vs.<br>Southern New England of School of Law<br>and Francis Ken Josiah,<br>Defendants | No. 05-CV-10893-RCL<br>MOTION FOR DEFAULT<br>RE-NOTE ON CALENDAR<br>OCTOBER 1, 2005 |

To the Clerk of the Court

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347
Cellular (702) 505-5745

August 26, 2005

Judge Reginald Lindsay
Clerk, US District Court of Massachusetts
1 Courthouse Way, Room 2300
Boston, MA 02210

    Your Honor, I would like to motion your court for Default as well as Relief in the above-captioned case. My reasons are proper as follows.
1).    Twenty days has elapsed since Defendants were served. Defendants have not bothered to respond to my amended complaint in any form, shape or kind. Furthermore, Defendant Francis Ken Josiah remains at large.
2).    Defendants are not in the military. Defendant SNESL is a law school. Defendant Francis Ken Josiah is a student. He is either at SNESL or at an MBA program.
3).    I suffered severe emotional distress such as memory loss and seizures due to Defendants' conduct. I am enclosing a copy of my disability record.
4).    I have supplied to the court evidential matters pertaining to the above-captioned case. Thank you, Your Honor.
/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

MOTION FOR DEFAULT
RE-NOTE ON CALENDAR
OCTOBER 1, 2005

AMANDA U. AJULUCHUKU

- 1 - **MOTION FOR RELIEF**
**RE-NOTE ON CALENDAR**
**OCTOBER 1, 2005**

**In the United States District Court of Massachusetts at Boston**

| | |
|---|---|
| Amanda U. Ajuluchuku<br>Plaintiff,<br>vs.<br>Southern New England of School of Law and Francis Ken Josiah,<br>Defendants | No. 05-CV-10893-RCL<br>MOTION FOR RELIEF<br>RE-NOTE ON CALENDAR<br>OCTOBER 1, 2005 |

To the Clerk of the Court

October 1, 2005

Judge Reginald Lindsay
Clerk, US District Court of Massachusetts
1 Courthouse Way, Room 2300
Boston, MA 02210

    It is Hereby Ordered that Defendant SNESL discriminated against Plaintiff Amanda U. Ajuluchuku based upon disability, color, and gender. It is also Hereby Ordered that Defendant Francis Ken Josiah committed sexual assault and Grand Theft. Therefore, Defendants should pay compensatory and punitive damages in the amount of $9,000,000,000,000.00. It is So Ordered.

Judge Reginald Lindsay
October 1, 2005

MOTION FOR RELIEF
RE-NOTE ON CALENDAR
OCTOBER 1, 2005

AMANDA U. AJULUCHUKU