- 1 - **MOTION FOR EXTENSION OF TIME TO SERVE BOTH DEFENDANTS DUE TO AMENDED COMPLAINT AS IN AJULUCHUKU VS. SOUTHERN NEW ENGLAND SCHOOL OF LAW AND FRANCIS KEN JOSIAH**

### In the United States District Court of Massachusetts at Boston

| | |
|---|---|
| Amanda U. Ajuluchuku<br>Plaintiff,<br>vs.<br>Southern New England of School of Law and Francis Ken Josiah,<br>Defendants | No. 05-CV-10893-RCL<br>MOTION FOR EXTENSION OF TIME TO SERVE BOTH DEFENDANTS DUE TO AMENDED COMPLAINT BASED UPON FEDERAL QUESTION AND THE FACT THAT THE FIRST SUMMONS DID NOT COME WITH THE SEAL FROM THE COURT<br>NOTE ON CALENDAR<br>SEPTEMBER 15, 2005 |

To the Clerk of the Court

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347
Phone (702) 505-5745

August 26, 2005

Judge Reginald Lindsay
Clerk, US District Court of Massachusetts
1 Courthouse Way, Room 2300
Boston, MA 02210

    Your Honor, I have remembered more facts. I would like to motion the court for enlargement of time to serve Southern New England School of Law and Francis Ken Josiah. The truth of the matter is that the first summons did not come with the seal from the court. Again, I have viewed the summons. There is no seal.

MOTION FOR EXTENSION OF TIME
TO SERVE BOTH DEFENDANTS
DUE TO AMENDED COMPLAINT

AMANDA U. AJULUCHUKU

- 2 - **MOTION FOR EXTENSION OF TIME TO SERVE BOTH DEFENDANTS DUE TO AMENDED COMPLAINT AS IN AJULUCHUKU VS. SOUTHERN NEW ENGLAND SCHOOL OF LAW AND FRANCIS KEN JOSIAH**

To date, Francis Ken Josiah remains at large. He has not been served. I would like him to return my stolen goods via third class US mail or next day delivery (Express mail) to the above-listed mailing address in Atlanta, Georgia. Due to health problems, I have moved back to Atlanta, Georgia. Francis Ken Josiah stole my worldly items. It is as though, I have been sexually assaulted twice.

In June 2003, Dean Robert Ward Jr. promised me a seat in the Fall 2003 semester at Southern New England School of Law at the conclusion of Summer 2003. When I met him in his office, his refusal to accept me into the law program was a devastating blow. In July 2003, he reneged on his promise. Coincidentally, Francis Ken Josiah also delivered a devastating blow in July 2003 as well as July 2004. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)
Enclosure: A copy of disability record



MOTION FOR EXTENSION OF TIME
TO SERVE BOTH DEFENDANTS
DUE TO AMENDED COMPLAINT

AMANDA U. AJULUCHUKU

MR#286355

**PROVIDENT
LIFE AND ACCIDENT
INSURANCE COMPANY**

1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402

Name of Patient (Please Print): Amanda Ajuluc

Social Security Number: [redacted]    Birthdate: [redacted]    Policy Number: [blank]

Present Address: P.O. Box 13983    City: Torrance    State: CA    Zip: 90503

## Attending Physician's Statement of Critical Illness

*The patient is responsible for the completion of this form without expense to the Company.
Space is available on the reverse side if you wish to amplify your answers.*

1. **History**
   (a) When was illness diagnosed? Feb 1995
   (b) Blood Pressure 120/85  Height 5'4"  Weight ___

2. **Diagnosis**
   (a) Primary Diagnosis: Chronic Stress Reaction; Anxiety; Vertigo

   (b) Secondary Diagnosis: ___

3. **Symptoms**
   (a) Subjective Symptoms: as above

   (b) Objective findings (include results of current x-rays, EKG's or any other special test ___

   (c) Has patient been diagnosed as terminally ill with a life expectancy of less than 12 months? ☐ Yes ☒ No

4. **Definitions**

   Which of the following "Activities of Daily Living" is the patient unable to perform?

   **Bathing:** The ability to wash the body, including getting to or obtaining the bathing water and implements.

   **Dressing:** The ability to put on, fasten and take off all items of clothing that are worn daily. This includes the ability to obtain and replace those items from their normal storage area in the immediate environment.

   **Eating:** The ability to move food by any means from a receptacle into the body.

   ☒ **Getting Around:** The ability to move about either on foot or by using a device such as a wheel chair.
   ☐ **Toileting:** The ability to get to and from the bathroom (or toilet room), to take care of bowel and bladder needs. This includes the ability to transfer on and off the toilet, to cleanse self after elimination and to adjust clothing.
   ☒ **Transferring:** The ability to change positions, such as moving from the bed to standing, chair to standing, and bed to chair and the reverse of these activities.

Signature (Attending Physician): Mark P. Schwartz MD    Degree: MD    Telephone Number: 310 214 0811

Date: JAN 26 1996

MARK P. SCHWARTZ, M.D.
3565 DEL AMO BLVD.
TORRANCE, CA 90503
(310) 214-0811 APPT. EXT 6205

Street Address: ___    City or Town: ___    State (Province): ___    Zip: ___

36-CTA (3-92)