Case 1:05-cv-10893-RCL   Document 19   Filed 10/20/2005   Page 1 of 1

- 1 –Ajuluchuku vs. Southern New England School of Law and Francis Ken Josiah

**In the United States District Court of Massachusetts at Boston**

| Amanda U. Ajuluchuku<br>Plaintiff,<br>vs.<br>Southern New England of School of Law<br>and Francis Ken Josiah,<br>Defendants | No. C.A. 05-10893RCL<br><u>Certificate of Mailing to U.S Marshal's Office on October 14, 2005</u> |
|---|---|

To the Clerk of the Court

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347
Phone (404) 247-3199

October 14, 2005

Clerk, US District Court of Massachusetts at Boston
1 Courthouse Way, Room 2300
Boston, MA 02210

  I Hereby certify that I sent two Summons with the court seal, two Amended Complaints, and two of Judge Lindsay, D.J's. Detailed Explanations of his Ruling to United States Marshal's Office at Office of the United States Marshal, United States-Courthouse, Civil Section-Room 1500, 1 Courthouse Way, Boston, MA 02210 on October 14, 2005 via first class prepaid US mail.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

Certificate of mailing to U.S Marshal's Office     AMANDA U. AJULUCHUKU