Case 1:05-cv-10893-RCL    Document 20    Filed 10/20/2005    Page 1 of 1

- 1 –Ajuluchuku vs. Southern New England School of Law and Francis Ken Josiah

**In the United States District Court of Massachusetts at Boston**

| | |
|---|---|
| Amanda U. Ajuluchuku<br>Plaintiff,<br>          Vs.<br>Southern New England of School of Law<br>and Francis Ken Josiah,<br>Defendants | No. C.A. 05-10893RCL<br><u>Notice of new Telephone Number</u><br>(404) 247-3199 |

To the Clerk of the Court

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347
Phone (404) 247-3199

    I would like to notify the court of my new telephone number. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)