## In the United States District Court of Massachusetts at Boston

| | |
|---|---|
| **Amanda U. Ajuluchuku**<br>**Plaintiff,**<br>**vs.**<br>**Southern New England of School of Law**<br>**and Francis Ken Josiah,**<br>**Defendants** | **No. C.A. 05-10893RCL**<br>**Certificate of Mailing to U.S Marshal's**<br>**Office on October 14, 2005** |

**To the Clerk of the Court**

**Amanda U. Ajuluchuku**
**P.O. Box 95343**
**Atlanta, GA 30347**
**Phone (404) 247-3199**

**October 14, 2005**

**Clerk, US District Court of Massachusetts at Boston**
**1 Courthouse Way, Room 2300**
**Boston, MA 02210**

    I Hereby certify that I sent two Summons with the court seal, two Amended Complaints, US Marshall Forms, and Judge Lindsay, D.J's. Detailed Explanations of his Ruling to United States Marshal's Office at Office of the United States Marshal, United States-Courthouse, Civil Section-Room 1500, 1 Courthouse Way, Boston, MA 02210 on October 14, 2005 via first class prepaid US mail.

**/s/Amanda U. Ajuluchuku**
**Amanda U. Ajuluchuku (Pro Se)**

Certificate of mailing to U.S Marshal's
Office

AMANDA U. AJULUCHUKU