1 Ajuluchuku vs. SNESL and Francis Ken Josiah

**In the United States District Court of Massachusetts at Boston**

| | |
|---|---|
| Amanda U. Ajuluchuku,<br>Plantiff<br>vs.<br>Southern New England School of Law<br>(SNESL) and Francis Ken Josiah<br>Defendants | No: 1:05-cv-10893-RCL<br>**MOTION FOR DEFAULT**<br>Note on Calendar<br>November 30, 2005 |

One original copy to the Clerk's Office and another original copy to Judge Reginald Lindsay's chambers in the same envelope.

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347
Phone (404) 247-3199

October 25, 2005

Judge Reginald Lindsay
Clerk, U.S. District Court of Massachusetts
I Courthouse Way, Room 2300
Boston, MA 02210

    Your Honor, I would like to motion the court for a Default Judgment in the above-captioned case. My reasons are proper as follows:

1).     Twenty days has elapsed since Defendants were served with my complaint and the court summons.
2).     To my knowledge, Defendants have not answered to my complaint.
3).     Defendant SNESL is a law school. Therefore, Defendant SNESL is not in the military.
4).     Defendant Francis Ken Josiah is either a law school and or MBA student. Therefore, Defendant Francis Ken Josiah is not in the military.

Motion for Default                                                            AMANDA U. AJULUCHUKU

Case 1:05-cv-10893-RCL   Document 22   Filed 10/28/2005   Page 2 of 2

2 Ajuluchuku vs. SNESL and Francis Ken Josiah

5). Defendant SNESL promised me a seat in their fall 2003 semester if I took Torts during summer 2003. However, Defendant SNESL reneged due to my disability.

6). Even though, I signed a housing contract with University of Massachusetts for one year, Defendant SNESL ordered University of Massachusetts to evict me. Then, I enrolled into the MBA program at University of Massachusetts. After I enrolled into University of Massachusetts, I was moved into another dorm room. Still, University of Massachusetts evicted me from the dormitory. Consequently, I became homeless. I stored all my worldly goods at the UHAUL in New Bedford, Massachusetts.

7). Defendant Francis Ken Josiah drove me home during the summer 2003 to University of Massachusetts dormitory. One day, he drove me to his apartment at 366 County Road, New Bedford and sexually assaulted me in July 2003. Since the sexual assault he has moved more than twice.

8). Afterwards, Defendant Francis Ken Josiah stole all my worldly goods from the UHaul in New Bedford in July 2004. I told him to donate many of them to the children at the Salvation Army in New Bedford. I also told him to send many items to me, including my permanent disability records, ten manuscripts, diploma from City University of New York, movies tapes, jewelry, paintings, nine photo albums, ten enlargement portraits etc. He nether donated them nor sent them to me. I wanted to send him money to his job or residential address. He refused. He changed his job. He told me that he had found another job close to SNESL. Again, Defendant has moved about three times since the sexual assault. I submitted as evidential matters his last address. After he stole my goods, he informed me again that he was moving again.

9). I am submitting a Proposed Order Granting relief. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se).

Motion for Default                                              AMANDA U. AJULUCHUKU

Case 1:05-cv-10893-RCL   Document 22-2   Filed 10/28/2005   Page 1 of 1

1 Ajuluchuku vs. SNESL and Francis Ken Josiah

**In the United States District Court of Massachusetts at Boston**

| Amanda U. Ajuluchuku,<br>Plantiff<br>vs.<br>Southern New England School of Law (SNESL) and Francis Ken Josiah<br>Defendants | No: **1:05-cv-10893-RCL**<br>**PROPOSED ORDER GRANTING RELIEF/MOTION FOR DEFAULT**<br>Note on Calendar<br>November 30, 2005 |
|---|---|

One original copies to the Clerk's Office and another original copy to Judge Reginald Lindsay's chambers

November 20, 2005

Judge Reginald Lindsay
U.S. District Court of Massachusetts at Boston
I Courthouse Way, Room 2300
Boston, MA 02210

It is Hereby Ordered that Defendant SNESL discriminated against Plaintiff due to her disability. Therefore, Defendant will pay Plaintiff both compensatory and punitive damages in the amount of $9,000,000,000,000.00. So Ordered.

It is also Hereby Ordered that Defendant, Francis Ken Josiah stole (Grand theft and Grand Larceny) and sexually assaulted Plaintiff. Therefore, Defendant will return all stolen goods via US mail to Plaintiff's mailing address (P.O. Box 95343, Atlanta, GA 30347). Additionally, Defendant will pay Plaintiff compensatory and punitive damages in the amount of $9,000,000,000,000.00. So Ordered.

Judge Reginald Lindsay
U.S. District Judge