1 Ajuluchuku vs. SNESL and Francis Ken Josiah

**In the United States District Court of Massachusetts at Boston**

| | |
|---|---|
| **Amanda U. Ajuluchuku, Plantiff** vs. **Southern New England School of Law (SNESL) and Francis Ken Josiah Defendants** | **No: 1:05-cv-10893-RCL** <u>**CAUSE OF ACTION**</u> 42:12101-Americans with Disabilities Act/42:2000/42:1983-Other Civil Rights |

One original copy to the Clerk's Office and another original copy to Judge Reginald Lindsay's chambers in the same envelope

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347
Phone (404) 247-3199

October 26, 2005

Judge Reginald Lindsay
Clerk, U.S. District Court of Massachusetts at Boston
I Courthouse Way, Room 2300
Boston, MA 02210

    Your Honor, I did not enter the cause of action in the above-captioned case due to my disability. I believe that I entered it on the cover sheet. However, my handwriting is not always legible due to my disability. Therefore, I would like to enter it now. I greatly apologize for any inconvenience. Thank you, Your Honor.

    <u>Cause of Action</u>: 42:12101 Americans with Disabilities Act/42:2000/42:1983-Other Civil Rights under Federal Question.
    Nature of Suit: 446/440 Civil Rights: Americans with Disabilities/Other Civil Rights.

    I pray that you would hear my voice in this discrimination lawsuit. I am re-submitting another Proposed Order Granting Relief. Thank you, Your Honor.

    /s/Amanda U. Ajuluchuku
    Amanda U. Ajuluchuku (Pro Se)

CAUSE OF ACTION                  AMANDA U. AJULUCHUKU