



November 10, 2005

Clerk of Court
U.S. District Court
1 Courthouse Way
Boston, MA 02210

    **RE: Ajuluchuku v. Josiah, 05-CV-10893-RCL**

Dear Sir or Madam:

    Today, the plaintiff in the above action purported to serve Francis Ken Josiah by leaving papers with a representative of the Southern New England School of Law. We are not an agent for service of process for Mr. Josiah, however. We wanted the court to be aware that an invalid service of process had occurred.

    If you need any further information, please feel free to contact me.

                                   Sincerely,

                                   Ralph D. Clifford
                                   Associate Dean & Professor of Law

RDC/dl