**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Amanda U. Ajuluchuku | No. C.A. 05-10893RCL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Francis Ken Josiah | 2005 NOV 18 |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Dean Robert Ward JR |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 333 Faunce Corner Road North Dartmouth, MA 02747 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Francis Ken Josiah
Southern New England School of Law
333 Faunce Corner Road
North Dartmouth, MA 02747
Attention: Dean Robert Ward JR

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (404) 247-3199 | DATE 10/14/05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 19 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 10/17/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Patrick Koth  Dir Finance | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 11/10/05  Time 12:30 pm  Signature of U.S. Marshal or Deputy |

| Service Fee 67.50 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 67.50 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Called Amanda in Atlanta for more information on address

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Amanda Ajuluchuku

**SUMMONS IN A CIVIL ACTION**

V.

Southern New England
School of Law (SNESL)

CASE NUMBER:

C.A. 05 - 10893-RCL

TO: (Name and address of Defendant)

**Southern New England School of Law**    & School of Law
**333 Faunce Corner Road**
**North Dartmouth, MA 02747**
**Attention: Dean Robert Ward JR**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Amanda U. Ajuluchuku** Luchuku, Pro Se
**P.O. Box 95343**
**Atlanta, GA 30347**

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                          OCTOBER
CLERK                                      DATE

(By) DEPUTY CLERK