| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

CA 05-10893

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Amanda Ajuluchuku | No. C.A. 05-10893RCL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Southern New England School of Law | |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dean Robert Ward JR

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

333 Faunce Corner Road
North Dartmouth, MA 02747

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347

Number of process to be served with this Form - 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers,

Southern New England School of Law
333 Faunce Corner Road
North Dartmouth, MA 02747
Attention: Dean Robert Ward JR

TEL: (508)

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (404) 247-3199
DATE: 10/4/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 19 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 10/17/05 |
|---|---|---|---|---|---|
| | 1 | | | Nancy Ialurini | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Patrick Roth, Dir. Finance

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above):

Date of Service: 11/10/05   Time: 12:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 67.50 | 44.53 | | 112.03 | | | |

REMARKS:

◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Amanda Ajuluchuku

v.

Frances Ken Josiah, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C.A. 05-10893-RCL

TO: (Name and address of Defendant)

Southern New England School of Law and Francis Ken Josiah  *Southern New England School of Law*
333 Faunce Corner Road
North Dartmouth. MA 02747
Attention: Dean Robert Ward JR:

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amanda U. Ajuluchuku, *Ajuluchuku, pro se*
P.O. Box 95343
Atlanta, GA 30347

*or as otherwise provided by the Federal Rules of Civil Procedure*

an answer to the complaint which is served on you with this summons, within ___20*___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                              October 6,
CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK