**In the United States District Court of Georgia at Atlanta**

| | |
|---|---|
| Amanda U. Ajuluchuku,<br>Plaintiff<br>vs.<br>Southern New England School of Law and Francis Ken Josiah –<br>Defendants | No: 1:05-cv-10893-RCL<br><u>Motion for Default</u><br>Note on Calendar<br>December 2, 2005 |

To the Clerk's Office

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347
Phone (404) 247-3199

December 2, 2005

Judge Reginald C. Lindsay
Clerk, U.S. District Court
1 Courthouse Way, Room 2300
Boston, MA 02210

    Your Honor, I would like to motion the court again for a default judgment because Defendants have now been served. Their answer is due on November 30, 2005. My reasons are proper as follows:

1).    Twenty days has elapsed since Defendants were served. To my knowledge, Defendants have not answered to my complaint.

2).    Defendant Southern New England School of Law is not in the military because Defendant Southern New England School of Law is a law school.

3).    Defendant Francis Ken Josiah might still be attending Southern New England School of Law. Therefore, Defendant Francis Ken Josiah is not in the military.

4).    Defendant Southern New England School of Law promised me a seat in Fall 2003 if I attended summer 2003 Torts in June 2003 and on July 4, 2003 (independence day during the barbecue that Dean Robert Ward hosted for the summer 2003 Torts students). However, Defendant reneged on their promise due to my disability. Afterwards, Defendant ordered University of Massachusetts to evict me from the dormitory. Immediately, I reminded Defendant of our agreement when I went to his

Motion for Default-Note on Calendar/December 2, 2005            AMANDA U. AJULUCHUKU

Case 1:05-cv-10893-RCL   Document 28   Filed 11/29/2005   Page 2 of 2

2 Ajuluchuku vs. Southern New England School of Law and Francis Ken Josiah

office. Defendant's refusal was adamant. Even though, I applied to University of Massachusetts MBA program, I was still evicted. I became homeless.

5). In July 2003, Defendant Francis Ken Josiah sexually assaulted me. In July 2004, Defendant Francis Ken Josiah stole more than $100,000.00 of my invaluable items. Since the sexual assault, he has moved to several apartments. Since the sexual assault, he told me that Dean Robert Ward did not accept him at Southern New England School of Law. Since the grand theft and grand larceny, he has changed jobs and moved to another apartment building. The sexual assault occurred at 366 County Road, New Bedford, MA when we were both attending Southern New England School of Law in July 2003.

6). Due to recurring memory loss, I have remembered more facts.

7). Your Honor, I would like to thank you again for hearing my voice on behalf of all children, my son, and myself. A Proposed Order Granting Relief is already in place.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)



Motion for Default-Note on Calendar/December 2, 2005

AMANDA U. AJULUCHUKU