**In the United States District Court of Georgia at Atlanta**

| | |
|---|---|
| Amanda U. Ajuluchuku, Plaintiff vs. Southern New England School of Law and Francis Ken Josiah Defendants | No: 1:05-cv-10893-RCL <u>Notice of Cause of Action</u> <u>42:12182-Discrimination Based Upon Disability</u> <u>42:2000/42:1983-Discrimination Based Upon Race</u> |

To the Clerk's Office

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347
Phone (404) 247-3199

November 22, 2005

Judge Reginald C. Lindsay
Clerk, U.S. District Court
1 Courthouse Way, Room 2300
Boston, MA 02210

    Your Honor, several defense attorneys have succeeded in convincing some judges that I did not state why relief should be granted. Afterwards, the judges dismissed my case. Thus and thus, I have continued to undergo discrimination. Therefore, I would like to state why relief should be granted. Thank you, Your Honor.

**(a). Discrimination Based Upon Disability**

Cause of Action: 42 U.S.C. 12182 The Americans with Disabilities Act of 1990 states that: "No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages or accommodations of any place of public accommodation by any person who owns, leases or leases to, or operates a place of public accommodation.

**(b). Discrimination Based Upon National Origin**

1).42 U.S.C 1983 of the Civil Rights Act 1964 states that "Every person who under color of any statute, ordinance, regulation, custom, or usage of any State or Territory causes to be subjected any citizen of the United States or other person within the

Notice of Cause of Action          AMANDA U. AJULUCHUKU

jurisdiction thereof of the deprivation of any rights, privileges, or immunities secured by the Constitution and Laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress."

Civil rights Act 1964 (Sec 202) states that "All persons shall be entitled to be free, at any establishment or place, from discrimination or segregation of any kind on the ground of race, color, religion, or national origin, if such discrimination or segregation is or purports to be required by any law, statute, ordinance, regulation, rule, or order of a State or any agency or political subdivision thereof.

SEC. 203. No person shall (a) withhold, deny, or attempt to withhold or deny, or deprive or attempt to deprive, any person of any right or privilege secured by section 201 or 202, or (b) intimidate, threaten, or coerce, or attempt to intimidate, threaten, or coerce any person with the purpose of interfering with any right or privilege secured by section 201 or 202, or (c) punish or attempt to punish any person for exercising or attempting to exercise any right or privilege secured by section 201 or 202.

### ©. Discrimination Based Upon National Origin

Cause of Action: 42 U.S.C. 2000 a (a). The Civil Rights Act 1964 states that "all persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination or segregation on the ground of race, color, religion, or national origin.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

Notice of Cause of Action                                AMANDA U. AJULUCHUKU