UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA U. AJULUCHUKU )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHERN NEW ENGLAND SCHOOL )<br>OF LAW (SNESL) AND )<br>FRANCES KEN JOSIAH, )<br>       Defendants. )<br>)<br>_____ ) | Civil Action No. 05-CV-10893-RCL |

**ANSWER AND JURY CLAIM OF THE DEFENDANT,
SOUTHERN NEW ENGLAND SCHOOL OF LAW,
TO THE PLAINTIFF'S AMENDED COMPLAINT**

Now comes the defendant, Southern New England School of Law (SNESL) and, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, responds to the plaintiff's Amended Complaint as follows:

A). NAMES AND ADDRESSES OF PLAINTIFF AND DEFENDANT

The defendant, SNESL, admits that its true and proper address is 333 Faunce Corner Road, North Dartmouth, Massachusetts 02747. The defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining information contained in Subsection A of the Plaintiff's Amended Complaint.

B). FACTS OF THE CASE (ALLEGATIONS)

Answering the allegations made in Subsection B of the Plaintiff's Amended Complaint, the defendant, SNESL, denies each and every factual allegation made by the plaintiff against it as set forth in this section of the amended complaint. Specifically, the defendant expressly

denies that it refused to admit the plaintiff as a student on the grounds of her alleged disability, or that its conduct in any way was violative of the Americans With Disabilities Act. The defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of any of the allegations contained within this section which do not relate directly to this defendant.

### C). DISCRIMINATION

Pursuant to the Court's Further Memorandum and Order dated October 3, 2005 there are no current claims pending against SNESL for discrimination. Consequently, no response by SNESL is required with respect to this paragraph.

### D). SEXUAL ASSUALT

Pursuant to the Court's Further Memorandum and Order dated October 3, 2005 there are no current claims pending against SNESL for sexual assault. Consequently, no response by SNESL is required with respect to this paragraph.

### E). DISABILITY

To the extent that Subsection E of the Plaintiff's Amended Complaint contains any allegations of fact, the defendant denies said allegations. The defendant reiterates that it did not discriminate against plaintiff on the basis of her alleged disability.

### F). LIABILITY

Subsection F of the Plaintiff's Amended Complaint does not contain any allegations of fact. Consequently, no response is required. To the extent that Subsection F of the Plaintiff's Amended Complaint is construed to set forth allegations of fact, the defendant denies said allegations.

### F.) (sic) MENTAL OR EMOTIONAL DISTRESS

The defendant, SNESL, denies the allegations made in Section F of the Plaintiff's Amended Complaint.

### G). PRAYER FOR RELIEF

The defendant, SNESL, denies the allegations made in Section G of the Plaintiff's Amended Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The plaintiff's alleged loss or damage was not caused by the defendant or by anyone for whose conduct it is legally responsible.

### SECOND AFFIRMATIVE DEFENSE

The plaintiff's Complaint fails to state a claim against the defendant upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

### THIRD AFFIRMATIVE DEFENSE

This action is barred by operation of the applicable Statute of Limitations.

### FOURTH AFFIRMATIVE DEFENSE

This matter should be dismissed on the grounds that the Court lacks subject matter jurisdiction over the allegations set forth in the Plaintiff's Amended Complaint.

### FIFTH AFFIRMATIVE DEFENSE

This matter should be dismissed on the grounds that the Court lacks jurisdiction over the defendant, SNESL.

THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.

        Respectfully submitted,

        The Defendant,
        SOUTHERN NEW ENGLAND
        SCHOOL OF LAW (SNESL),
        By its Attorney,


        /s/ Curtis R. Diedrich
        Curtis R. Diedrich, BBO #555937
        Sloane and Walsh, LLP
        Three Center Plaza, 8th Floor
        Boston, MA 02108
        (617) 523-6010

Dated: November 30, 2005

## CERTIFICATE OF SERVICE

I, Curtis R. Diedrich, certify that on the date shown below, I made service of the foregoing ANSWER AND JURY CLAIM OF THE DEFENDANT, SOUTHERN NEW ENGLAND SCHOOL OF LAW, TO THE PLAINTIFF'S AMENDED COMPLAINT by causing a copy thereof to be mailed, postage prepaid, to the following counsel of record:

Amanda U. Ajuluchuku, Pro Se
P.O. Box 85343
Atlanta, GA  30347

/s/ Curtis R. Diedrich
CURTIS R. DIEDRICH

Dated:  November 30, 2005