UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMANDA U. AJULUCHUKU    )
    Plaintiff,    )
        )    Civil Action No. 05-CV-10893-RCL
v.    )
        )
SOUTHERN NEW ENGLAND SCHOOL    )
OF LAW (SNESL) AND    )
FRANCES KEN JOSIAH,    )
    Defendants.    )
        )
_____)

## NOTICE OF APPEARANCE

    Kindly enter the appearance of Curtis R. Diedrich of Sloane and Walsh on behalf of the defendant, Southern New England School of Law (SNESL), in the above referenced matter.

    Respectfully submitted,

    The Defendant,
    SOUTHERN NEW ENGLAND
    SCHOOL OF LAW (SNESL),
    By its Attorney,


    /s/ Curtis R. Diedrich
    Curtis R. Diedrich, BBO #555937
    Sloane and Walsh, LLP
    Three Center Plaza, 8th Floor
    Boston, MA 02108
    (617) 523-6010

Dated: November 30, 2005

## CERTIFICATE OF SERVICE

I, Curtis R. Diedrich, certify that on the date shown below, I made service of the foregoing NOTICE OF APPEARANCE by causing a copy thereof to be mailed, postage prepaid, to the following counsel of record:

Amanda U. Ajuluchuku, Pro Se
P.O. Box 85343
Atlanta, GA  30347

/s/ Curtis R. Diedrich
CURTIS R. DIEDRICH

Dated:  November 30, 2005