In the United States District Court of Massachusetts at Boston

| Amanda U. Ajuluchuku, Plaintiff vs. Southern New England School of Law and Francis Ken Josiah Defendants | No: 1:05-cv-10893RCL <br> **Motion to Reveal the whereabouts of Francis Ken Josiah's from Southern New England School of Law** <br> Note on Calendar <br> December 9, 2005 |
|---|---|

To the Clerk's Office

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347
Phone (404) 247-3199

November 30, 2005

Clerk, U.S. District Court
1 Courthouse Way, Room 2300
Boston, MA 02210

Your Honor, I would like to motion the court to request the whereabouts of Defendant Francis Ken Josiah. My reasons are proper as follows:

1). Since the sexual assault, Defendant Francis Ken Josiah has moved many times. I do not know his whereabouts. However, Defendant Southern New England School of Law (SNESL) is privy to his whereabouts because Defendant SNESL has his social security number, his address, and telephone number.

2). In his letter, Ralph D. Clifford, Associate Dean & Professor of Law at SNESL did not deny that Defendant Francis Ken Josiah was a student at SNESL.

3). The sexual assault occurred when I was a student at SNESL. Therefore, SNESL should cooperate with the court in resolving this matter.

4). It is possible that Defendant Francis Ken Josiah is still a student at SNESL. Again, Associate Dean Ralph D. Clifford simply wrote, "We are not an agent for service of process for Mr. Josiah. We wanted the court to be aware that an invalid service of process had occurred."

Motion to Reveal                                                      AMANDA U. AJULUCHUKU

5).    If I knew Defendant Francis Ken Josiah's address, I would disclose it to the court. If anything, I do not want to send the U.S Marshal's Office on a wild goose chase to his old address because Defendant Francis Ken Josiah informed me that he was moving to another destination.

6).    One might construe that Defendant SNESL does not want to disclose information. Matters of sexual assault and discrimination are grave. Not to mention that Defendant SNESL is exercising old habits again. Due to Defendant's conduct, I was denied access into law school based upon my disability. Defendant SNESL ordered University of Massachusetts to evict me. Consequently, I became homeless. I almost died in Boston. I threw up at South Station and Logan International Airport. Boston is very cold.

6).    Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)



Motion to Reveal                                                                AMANDA U. AJULUCHUKU