### In the United States District Court of Massachusetts at Boston

| | |
|---|---|
| **Amanda U. Ajuluchuku,** **Plaintiff** vs. **Southern New England School of Law (SNESL) and Francis Ken Josiah** **Defendants** | **No: 1:05-cv-10893RCL** **Certificate of Mailing** |

To the Clerk's Office and Judge Reginald C. Lindsay in the same envelope

Amanda U. Ajuluchuku
P.O. Box 95343
Atlanta, GA 30347
Phone (404) 247-3199

December 1, 2005

Clerk, U.S. District Court
1 Courthouse Way, Room 2300
Boston, MA 02210

    I hereby certify that I sent Plaintiff's Response to Defendant's Answer and Jury to Plaintiff's Amended Complaint to Attorneys Michael Kerrigan and Curtis Diedrich on December 1, 2005 via electronic mail.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

**Certificate of Mailing**          AMANDA U. AJULUCHUKU