UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA AJULUCHUKU )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FRANCES KEN JOSIAH )<br>OF SOUTHERN NEW ENGLAND )<br>SCHOOL OF LAW (SNESL), )<br>    Defendant. )<br>_____) | Civil Action No. 05-CV-10893-RCL |

**MOTION OF DEFENDANT SOUTHERN NEW ENGLAND
SCHOOL OF LAW TO DISMISS
FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDY**

    Now comes the Defendant Southern New England School of Law (SNESL) and moves this Honorable Court to dismiss the Plaintiff's Amended Complaint as it relates to said Defendant for Plaintiff's failure first to file her claim pursuant to the Americans with Disabilities Act (ADA) with the Equal Employment Opportunity Commission, as is required by the ADA.

    As further grounds for this Motion to Dismiss, defendants refer to their Memorandum in Support, attached hereto.

    Respectfully submitted,

The Defendant,
SOUTHERN NEW ENGLAND
SCHOOL OF LAW (SNESL),
By its Attorney,

/s/ Curtis R. Diedrich
Curtis R. Diedrich, BBO #555937
Sloane and Walsh, LLP
Three Center Plaza, 8th Floor
Boston, MA  02108
Dated: January 12, 2006    (617) 523-6010

**CERTIFICATE OF SERVICE**

      I, Curtis R. Diedrich, certify that on the date shown below, I made service of the foregoing MOTION TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDY by causing a copy thereof to be mailed, postage prepaid, to the following counsel of record:

Amanda U. Ajuluchuku, Pro Se
P.O. Box 95343
Atlanta, GA  30347

                                        /s/ Curtis R. Diedrich
                                        CURTIS R. DIEDRICH

Dated: January 12, 2006