## In the United States District Court of Massachusetts at Boston

| Amanda U. Ajuluchuku,<br>Plantiff<br>vs.<br>Southern New England School of Law (SNESL) &<br>Francis Ken Josiah<br>Defendants | No: 1:05-cv-10893-RCL<br>Notice of New Address and Telephone Number<br>*Third Notice* |
|---|---|

To the Clerk's Office

December 17, 2005

*Third Notice is being sent on January 9, 2006*

Amanda U. Ajuluchuku
5221 Second Ave.
SCB, Gullen Mall PMB # 418
Detroit, MI 48202
Phone (313) 674-0391

U.S. District Court of Massachusetts
1 Courthouse Way, Room 2300
Boston, MA 02210
Attention : Steve York

    I would like to notify the court of my new address and telephone number. I am in Detroit, Michigan to conduct Discovery. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)
Cc: Defense Attorneys Kerrigan and Diedrich

Notice of New Address and Telephone Number      AMANDA U. AJULUCHUKU