### In the United States District Court of Massachusetts at Boston

| Amanda U. Ajuluchuku,<br>Plaintiff<br>vs.<br>Southern New England School of Law and<br>Francis Ken Josiah<br>Defendants | No: 1:05-cv-10893 Judge Lindsay<br><u>Notice of Exhibit A (Telephone Records)</u> |
|---|---|

To the Clerk's Office

Clerk, U.S. District Court
1 Courthouse Way, Room 2300
Boston, MA 02210
Attention: Steve York

January 17, 2006

    Your Honor, I would like to submit my telephone records for Defendant Francis Ken Josiah. My reasons are proper as follows:

1).     Defendant has moved many times. Therefore, Defendant has intentionally evaded service.
2).     On January 15, 2006, I found my telephone records. It appears that his number is still in service. His cellular number is (617)-571-9899.
3).     U.S. Marshal's Office will now be able to serve him because Defendant Francis Ken Josiah stole all my belongings, including the ones that I gave to the children in New Bedford, Massachusetts and sexually assaulted me. Thank you, Your Honor.

/s/Amanda U.Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

<u>Notice of Telephone Records as Exhibit A</u>

AMANDA U. AJULUCHUKU

6084299875

**Customer Service Number**  1-800-937-8997

Mar 10, 2005

Itemized Details For:  **(702) 505-5745**
Account Number:  240352172

Page 9 of 26

## LOCAL AIRTIME, LONG DISTANCE and INTERNATIONAL CHARGES - (Continued)

| Date | Call Destination | Time | Number Called | Call Type | Minutes | Airtime Charges | Toll Charges | Total |
|---|---|---|---|---|---|---|---|---|
| 2/15/05 | Pasadena, CA | 3:08 AM | 818-354-9799 | | 1 | $ - | $ - | $ - |
| 2/15/05 | Boston, MA | 3:19 AM | 617-571-9899 | | 6 | $ - | $ - | $ - |
| 2/15/05 | Pasadena, CA | 3:56 PM | 818-354-9799 | | 4 | $ - | $ - | $ - |
| 2/15/05 | Dir Asst | 4:01 PM | 411 | | 3 | $ - | $ 1.25 | $ 1.25 |
| 2/15/05 | Pasadena, CA | 4:07 PM | 818-354-9799 | | 2 | $ - | $ - | $ - |
| 2/15/05 | Las Vegas, NV | 9:01 PM | 702-228-7433 | | 13 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 6:43 AM | 626-437-1877 | | 6 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 6:49 AM | 626-437-1877 | | 6 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 6:55 AM | 626-437-1877 | | 6 | $ - | $ - | $ - |
| 2/16/05 | Las Vegas, NV | 8:41 AM | 702-228-7433 | | 3 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 10:20 AM | 626-437-1877 | | 5 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 10:27 AM | 626-437-1877 | | 2 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 10:28 AM | 626-437-1877 | | 3 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 10:31 AM | 626-437-1877 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 10:41 AM | 626-437-1877 | | 2 | $ - | $ - | $ - |
| 2/16/05 | Boston, MA | 11:30 AM | 617-571-9899 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Boston, MA | 11:35 AM | 617-571-9899 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Losangeles, CA | 11:39 AM | 323-655-1506 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Boston, MA | 11:43 AM | 617-571-9899 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Las Vegas, NV | 12:21 PM | 702-363-8170 | | 5 | $ - | $ - | $ - |
| 2/16/05 | Las Vegas, NV | 12:26 PM | 702-898-1956 | | 2 | $ - | $ - | $ - |
| 2/16/05 | Las Vegas, NV | 12:27 PM | 702-363-8170 | | 1 | $ - | $ - | $ - |
| 2/16/05 | Boston, MA | 1:37 PM | 617-571-9899 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Boston, MA | 1:41 PM | 617-571-9899 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Boston, MA | 1:44 PM | 617-571-9899 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Boston, MA | 1:48 PM | 617-571-9899 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Boston, MA | 1:51 PM | 617-571-9899 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Boston, MA | 1:55 PM | 617-571-9899 | | 2 | $ - | $ - | $ - |
| 2/16/05 | Towson, MD | 2:02 PM | 410-853-3561 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 2:09 PM | 626-437-1877 | | 2 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 2:10 PM | 626-437-1877 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 2:16 PM | 626-437-1877 | | 3 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 2:21 PM | 626-437-1877 | | 5 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 2:28 PM | 626-437-1877 | | 4 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 2:33 PM | 626-437-1877 | | 3 | $ - | $ - | $ - |
| 2/16/05 | Pasadena, CA | 2:36 PM | 626-437-1877 | | 5 | $ - | $ - | $ - |

Call Type: (A) Call Waiting (B) Call Forward (C) Conference Call (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls

(K) WPS Call