1 Ajuluchuku

### In the United States District Court of Massachusetts at Boston

| Amanda U. Ajuluchuku, Plaintiff vs. Southern New England School of Law and Francis Ken Josiah Defendants | No: 1:05-cv-10893 Judge Lindsay **OBJECTION TO DEFENDANT'S MOTION TO DISMISS** |
|---|---|

To the Clerk's Office

Amanda U. Ajuluchuku
5221 2nd Ave.
SCB, Gullen Mall, #418
Detroit, MI 48202
Phone (313) 674-039

January 20, 2006

Clerk, U.S. District Court
1 Courthouse Way, Room 2300
Boston, MA 02210
Attention: Steve York

    Your Honor, I would like to object to Defendant's Motion to Dismiss the Above-Captioned Case. My reasons are proper as follows:

1).     Defendant has abandoned their answer to my complaint and request for jury to motion the court to dismiss the above-captioned case. This is improper because it is not necessary to conduct an investigation under the Americans Disability Act of 12101 et seq.

2).     Furthermore, this is not employment discrimination. Therefore, I am not required to conduct an investigation with Equal Employment Opportunity Commission.

3).     Your Honor, Defendant breached our contract. Therefore, I am entitled to monetary damages under the American Disability Act of 1990 as well as the Civil Rights Act of 1964. I stated both acts. However, Your Honor, you would only permit the ADA.

4).     Due to Dean Robert Ward Jr (pitch-black), I became homeless. I almost died in Boston. Your Honor, please do not dismiss the above-captioned case.

5).     I would now like to state the Contract Act of 1872. Under this cause, I am also

entitled to monetary damages. Thank you, Your Honor.

### A). STATING WHY RELIEF SHOULD BE GRANTED
42 U.S.C. 12182, 42 U.S.C. 12203, C.C. 3300; U.C.C. 1106(1)), and 42 U.S.C. 2000 a (a).
#### (a). Discrimination Based Upon Disability

42 U.S.C. 12182 The Americans with Disabilities Act of 1990 states that: "No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages or accommodations of any place of public accommodation by any person who owns, leases or leases to, or operates a place of public accommodation.

42 U.S.C. 12203 of Americans with Disabilities Act of 1990 states that "It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or an account of his her having exercised or enjoyed, or an account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter."

### 74. Compensation of breach of contract where penalty stipulated for

C.C. 3300; U.C.C. 1106(1)). of the Contract Act of 1872 states that "When a contract has been broken, if a sum is named in the contract as the amount be paid in case of such breach, or if the contract contains any other stipulation by way of penalty, the party complaining of the breach is entitled, whether or not actual damage or loss or proved to have been caused thereby, to receive from the party who has broken the contract reasonable compensation not exceeding the amount so named or, as the case may be, the penalty stipulated for.

#### Discrimination Based Upon National Origin

Cause of Action: 42 U.S.C. 2000 a (a). The Civil Rights Act 1964 states that "all persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination or segregation on the ground of race, color, religion, or national origin.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)
Cc: Defense Attorneys Diedrich and Kerrigan via electronic mail on January 20, 2006

OBJECTION TO DEFENDANT'S
MOTION TO DISMISS

AMANDA U. AJULUCHUKU