**In the United States District Court of Massachusetts at Boston**

| | |
|---|---|
| Amanda U. Ajuluchuku,<br>Plantiff<br>vs.<br>Southern New England School of Law (SNESL) &<br>Francis Ken Josiah<br>Defendants | No: 1:05-cv-10893-RCL<br><u>AMENDED NOTICE OF STATING WHY RELIEF SHOULD BE GRANTED</u><br>42 U.S.C. 12182, 42 U.S.C. 12203, 28 U.S.C. 1331 sections 2671-2680, and C.C. 3300; U.C.C. 1106(1)). |

To the Clerk's Office and a copy to Judge Reginald C. Lindsay's chambers.

Clerk, U.S. District Court
1 Courthouse Way, Room 2300
Boston, MA 02210
Attention: Steve York

January 30, 2006

    Your Honor, I would like to state why relief should be granted. As a Pro Se litigant, I am not knowledgeable of all the applicable laws. Most importantly, I file these lawsuits on behalf of all children, my son, and myself. Children are the most disabled. They lack the intellectual capacity and motor skills to defend themselves against predators. I am one of them. I was injured when I was a child. Every second, a child is molested, injured, starved, tortured, and kidnapped. Let's not forget that every minute, a child is murdered through abortion!

    In 1985, I founded my business to cater to the needs of all children globally. I have donated many items such as grand piano (Baldwin), two electrical piano, refrigerator, furniture, two microwave ovens, two TVs, vases of flowers, canned foods, millions of clothes from Nordstrom, Bloomindales, Sak's Fifth Avenue, May Co. Hecht's, Macy's, perfumes, cosmetics, magazines, thousands of movie tapes, thousands of cds, thousands of shoes etc to children in Africa, Europe, and America. I lived in these continents. I have lived in more than one thousand cities. I speak and write three languages fluently (English, French, and Ibo).

| | |
|---|---|
| <u>AMENDED NOTICE OF STATING WHY RELIEF SHOULD BE GRANTED</u> | AMANDA U. AJULUCHUKU |

2 Ajuluchuku vs.

I hold a Bachelors degree in Accounting and Economics with a minor in Mathematics from City University of New York. I have taken more than eleven graduate classes, including MBA courses and a JD course. I was a straight A student in my MBA program. I am a CPA candidate. Due to my disability, I tend to excel in Advanced projects as opposed to basic ones. Yet, many businesses, including Defendant discriminated against me because of my disability. Thank you, Your Honor.

**A). AMENDED NOTICE OF STATING WHY RELIEF SHOULD BE GRANTED**
42 U.S.C. 12182, 42 U.S.C. 12203, 28 U.S.C. 1331 sections 2671-2680, and C.C. 3300; U.C.C. 1106(1)).

### a). Discrimination Based Upon Disability

42 U.S.C. 12182 of Americans with Disabilities Act of 1990 states that: "No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages or accommodations of any place of public accommodation by any person who owns, leases or leases to, or operates a place of public accommodation.

42 U.S.C. 12203 of Americans with Disabilities Act of 1990 states that "It shall be unlawful to coerce, intimidate, threaten, or interfere with any individual in the exercise or enjoyment of, or an account of his her having exercised or enjoyed, or an account of his or her having aided or encouraged any other individual in the exercise or enjoyment of, any right granted or protected by this chapter."

### b). Discrimination Based Upon National Origin

Cause of Action: 42 U.S.C. 2000 a (a). The Civil Rights Act 1964 states that "all persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination or segregation on the ground of race, color, religion, or national origin.

### c). Tort Claims Against the Government or Private Entities

The regulations in this part shall apply only to claims under the Federal Tort Claims Act, as amended, 28 U.S.C. 1331 sections 2671-2680 for personal injury caused by the negligent or wrongful act or omission of any employee (person) while acting within the scope of office or employment. The injured person, her duly authorized agent, or legal representative may present a claim for personal injury.

### d). Section 1331, Federal Question

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, Laws, or treaties of the United States.

### e).74. Compensation of Breach of Contract Where Penalty Stipulated for

C.C. 3300; U.C.C. 1106(1)). of the Contract Act of 1872 states that "When a contract has been broken, if a sum is named in the contract as the amount be paid in case of such breach, or if the contract contains any other stipulation by way of penalty, the party complaining of the breach is entitled, whether or not actual damage or loss or proved to have been caused thereby, to receive from the party who has broken the contract reasonable compensation not exceeding the amount so named or, as the case may be, the penalty stipulated for/s/Amanda U. Ajuluchuku

AMENDED NOTICE OF STATING WHY RELIEF SHOULD BE GRANTED

AMANDA U. AJULUCHUKU

   In June 2003 and July 2003, Defendant Southern New England School of Law (pitch-black) promised me a seat in fall 2003 semester if I took Torts during the summer 2003 semester. Afterwards, I made arrangements with Defendant (pitch-black) to stay at the dorm at University of Massachusetts for one year. Defendant houses their first year law students for one year at University of Massachusetts. I signed a contract with Jennifer Letendre of University of Massachusetts. Furthermore, I shipped five pieces of my luggage to Defendant. I carried with me more than fourteen pieces of luggage on board Amtrak from Maryland to Massachusetts. In July 2003, Defendant reneged on our promise due to my disability and national origin. In July 2003, I reminded Defendant of our agreement when I saw Defendant in his office. However, Defendant ordered University of Massachusetts to evict me. Consequently, I became homeless. I almost died in Boston. I threw up at South Station and Logan International Airport until my former fiancé (Washington) rescued me. Due to Defendant's conduct, I suffered physical injuries such as falls, bruises, vertigo, seizures, dizziness, high blood pressure, nausea, and colds as well as emotional distress such as embarrassment, humiliation, shame, anger, disgrace, and disappointments.

   In July 2003, Defendant Francis Ken Josiah (pitch-black) sexually assaulted due to my disability and national origin. In July 2004, Defendant Francis Ken Josiah (pitch-black) stole from me. Altogether, I had nineteen pieces of luggage in the storage. I was only able to take three pieces out of the nineteen pieces of luggage via Air Trans Airlines from Massachusetts to Washington Defendant Francis Ken Josiah (pitch-black) stole many items such as my diplomas, nine photo albums, ten enlargement pictures, ten manuscripts, and all the valuable items that I donated to the children at the Salvation Army in New Bedford, Massachusetts.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)
Cc: Defense Attorneys Kerrigan and Diedrich via electronic mail on January 30, 2006.

**AMENDED NOTICE OF STATING WHY RELIEF SHOULD BE GRANTED**

AMANDA U. AJULUCHUKU