UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA U. AJULUCHUKU )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHERN NEW ENGLAND SCHOOL )<br>OF LAW (SNESL) AND )<br>FRANCES KEN JOSIAH, )<br>    Defendants. )<br>)<br>_____) | Civil Action No. 05-CV-10893-RCL |

**OPPOSITION OF THE DEFENDANT, SOUTHERN NEW ENGLAND
SCHOOL OF LAW, TO PLAINTIFF'S MOTION FOR RECONSIDERATION
AND MOTION TO RECLASSIFY THE CASE**

Now comes the defendant, Southern New England School of Law (SNESL) and offers the following opposition in response to the plaintiff's "Motion for Reconsideration and Motion to Reclassify the Case."

As the Court is aware, the plaintiff's Complaint was recently dismissed on the grounds that she failed to exhaust her administrative remedies concerning the ADA claim. As the Court is also aware, the ADA claim is the only surviving claim stated by the plaintiff against the defendant, SNESL (see the Court's Further Memorandum and Order of October 3, 2005).

The plaintiff now seeks to reconstitute her claim in an effort to escape the dismissal. This is purely another attempt on the part of the plaintiff to add new and different allegations to her now dismissed Complaint against SNESL. The Court has previously ruled that the plaintiff's only claim against SNESL was a violation of the ADA. The plaintiff offers no new information, evidence, or case law which would provide a basis for disturbing the Court's prior rulings

limiting the plaintiff's cause of action against the defendant, and dismissing the Complaint for failure to exhaust her administrative remedies.

The plaintiff has offered no reasonable support for her request to reconsider the Court's dismissal, and cannot do so.

Consequently, the defendant objects to any effort on the part of the plaintiff to either reclassify her claims, or to have the Court reconsider its ruling dismissing her Complaint.

Respectfully submitted,

The Defendant,
SOUTHERN NEW ENGLAND
SCHOOL OF LAW (SNESL),
By its Attorney,


/s/ Curtis R. Diedrich
Curtis R. Diedrich, BBO #555937
Sloane and Walsh, LLP
Three Center Plaza, 8th Floor
Boston, MA  02108
(617) 523-6010

Dated: February 22, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NF) and paper copies will be sent to those indicated as non registered participants on February 22, 2006.

/s/ Curtis R. Diedrich
CURTIS R. DIEDRICH

S:\AJULUCHUKU, AMANDA V.SOUTHERN NEW ENGLAND SCHOOL OF LAW-AI-740-1279\Pleadings\Discovery\Ajuluchuku Answer to Plaintiff's Amended Complaint 11-30-05.doc