**In the United States District Court of Massachusetts at Boston**

| | |
|---|---|
| Amanda U. Ajuluchuku,<br>Plantiff<br>vs.<br>Southern New England School of Law (SNESL) &<br>Francis Ken Josiah<br>Defendants | No: 1:05-cv-10893-RCL<br>**MOTION FOR RECONSIDERATION**<br>&<br>**MOTION TO RECLASSIFY THE ABOVE-CAPTIONED CASE AS PERSONAL INJURY LAWSUIT UNDER 360 AND FEDERAL QUESTION/DIVERSITY, INCLUDING DISCRIMINATION BASED UPON DISABILITY AND NATIONAL ORIGIN**<br>**NOTE ON CALENDAR**<br>**FEBRUARY 27, 2006**<br>28 U.S.C. 1331, 42 U.S.C. 12182, 42 U.S.C. 12203, and C.C. 3300; 42 U.S.C. 2000a (a) and U.C.C. 1106(1)). |

To the Clerk's Office

February 12, 2006

Your Honor, I would like to motion the court to reconsider re-opening the above-captioned case as well as re-classify the above-captioned case as a Personal Injury Lawsuit, including Discrimination based upon Disability and National Origin. As you are well aware, I sustained personal injuries such as seizures, falls, breach of contract, memory loss, disappointments, dizziness, confusion, high blood pressure, vertigo, humiliation, embarrassment, etc as I stated in my complaint due to Defendant's conduct.

Defendant Francis Josiah is still at large. He sexually assaulted me as well as stole all my priceless possessions.

Defendant Southern New England School of Law promised me a seat in fall 2003. Due to Defendant's conduct, I almost died in Boston. I suffered massive memory loss, falls, seizures etc as I captured in my complaint. I remembered many of the facts almost two years after the personal injuries occurred.

On February 13, 2006, I will be returning to the south. My blood pressure has risen to alarming heights since I arrived in Detroit, Michigan. I will notify the court of my new address within a week of my arrival in Dallas, Texas. Thank you, Your Honor.
/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)
Cc: Defense Attorneys Kerrigan and Diedrich via electronic mail on February 12, 2006.

**MOTION FOR RECONSIDERATION**
**AND MOTION TO RECLASSIFY**

AMANDA U. AJULUCHUKU