**In the United States District Court of Massachusetts at Boston**

| Amanda U. Ajuluchuku,<br>Plantiff<br>vs.<br>Southern New England School of Law (SNESL) &<br>Francis Ken Josiah<br>Defendants | No: 1:05-cv-10893-RCL<br><u>Notice of Change of Address and Telephone Number</u> |
|---|---|

To the Clerk's Office

February 16, 2006

    I would like to notify the court of my new address and telephone number.

    On February 13, 2006, I returned to the south due to health reasons. I will be in Texas temporarily. Afterwards, I head to either Florida or North Carolina.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)
Cc: Defense Attorneys Kerrigan and Diedrich via electronic mail on February 16, 2006.

<u>Notice of Change of Address and Telephone Number</u>

AMANDA U. AJULUCHUKU