```
                                                    FILED
                                                IN CLERKS OFFICE

                                                2006 MAR 10  P 12: 53

                                                U.S. DISTRICT COURT
                                                DISTRICT OF MASS.
```

In the United States District Court of Massachusetts at Boston

| Amanda U. Ajuluchuku, Plantiff vs. Southern New England School of Law (SNESL) & Francis Ken Josiah Defendants | No: 1:05-cv-10893-RCL<br>Notice of New Address, Telephone Number, and E-mail Address |
|---|---|

To the Clerk's Office

Amanda U. Ajuluchuku
5830 Westpark Dr.
Charlotte, NC 28217
Phone (214) 228-2201
amandaajuluchuku@yahoo.com

March 6, 2006

    As of March 16, 2006, I can be reached via the above-listed mailing address. In my notice of change of address and telephone number on February 15, 2006, I stated that North Carolina was my next and certainly my final destination. In the interest of saving time, it is proper to notify the court of my new address in North Carolina. Not to mention that none of my mail was forwarded to me from Detroit, Michigan. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

Notice of New Address, Telephone Number, and E-mail

AMANDA U. AJULUCHUKU