1 Ajuluchuku vs.

FILED
IN CLERKS OFFICE

2006 MAR -9 P 3:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

In the United States District Court of Massachusetts at Boston

| Amanda U. Ajuluchuku,<br>Plantiff<br>vs.<br>Southern New England School of Law (SNESL) &<br>Francis Ken Josiah<br>Defendants | No: 1:05-cv-10893-RCL<br>**Threatening E-mails as Evidential Matters from Francis Ken Josiah and**<br>**Motion to Reclassify as Personal Injury Suit 28 U.S.C. 1331**<br>**Re-note on Calendar**<br>**March 14, 2006** |
|---|---|

To the Clerk's Office

Amanda U. Ajuluchuku
3440 W. Walnut Hill Lane
Irving, TX 75038
Phone (214) 228-2201
amandaajuluchuku@yahoo.com

March 1, 2006

Clerk, U.S. District Court of Massachusetts
1 Courthouse Way, Room 2300
Boston, MA 02210
Attention: Steve York

Your honor, I have received three threatening e-mails from Defendant Francis Ken Josiah. I will be contacting the New Bedford Police to report it. Francis Ken Josiah is still at large causing havoc. I have blocked his e-mail address.

In 2003, he sexually assaulted me when we were attending summer 2003 at Southern New England School of Law.

In 2004, he stole many of my personal belongings valued over $100,000.00.

In 2005, I filed a lawsuit against Francis Ken Josiah and Southern New England School of Law for discrimination based upon disability and national origin.

In 2006, I motioned the court to amend my suit to Personal Injuries classified

**Notice of Change of Address and**
**Telephone Number**

AMANDA U. AJULUCHUKU

under 360 and Federal question. Due to Defendants conduct, I suffered massive falls, memory loss, seizures etc. I have remembered that I treated with two hospitals in North Dartmouth and Boston.

In 2006, Your honor, you dismissed the suit against Southern New England School of Law concerning the discrimination based upon disability and national origin. You have not ruled on the motion to reclassify as Personal Injuries. I have additional information because I treated with two hospitals in Massachusetts because I fell down. Additionally, I became homeless due to Defendant Southern New England School of Law conduct. I was literally sick. I threw up at South Station and Logan International airport.

On February 28, 2006 and March 1, 2006, Defendant Francis Ken Josiah sent me three threatening e-mails. It is interesting to remark. He has moved many times to avoid service. However, he came out of hiding to send three threatening e-mails. I believe that Defendant Francis Ken Josiah learned that the suit against Southern New England School of Law had been dismissed on February 9, 2006. It is probably the reason that he decided to come out of hiding. Let's not forget that Southern New England School of Law accepted the summons for Francis ken Josiah!

The truth of the matter is that I suffered severe personal injuries due to Defendants' conduct. Therefore, I should be able to file a personal injury lawsuit against Defendants. After all, I crossed paths with Defendant Francis Ken Josiah at Southern New England School of Law. I have always believed that Defendant Southern New England School of Law should also be held accountable for the sexual assault, grand larceny, and discrimination based upon disability and national origin. Your Honor, I have invoked 28 U.S.C. 1331 (Personal Injury Tort).

Your Honor, I pray that you would re-consider opening the Southern New England School of Law lawsuit and reclassify both Defendants as Personal Injury Lawsuit. Again, I suffered massive falls, memory loss, seizures, intimidation, embarrassment, humiliation, vomiting, homelessness etc. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku

*sexual assault, grand larceny AA*

Amanda U. Ajuluchuku (Pro Se)
Cc: Defense Attorneys Kerrigan and Diedrich via electronic mail on March 1, 2006.
Enclosures: Threatening e-mails from Defendant Francis Ken Josiah

**Notice of Change of Address and Telephone Number**

AMANDA U. AJULUCHUKU

| | |
|---|---|
| Date: | Wed, 1 Mar 2006 13:17:55 -0800 (PST) |
| From: | "FRANCIS JOSIAH" <culturehill@yahoo.com>  Add to Address Book   Add Mobile Alert<br>Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more |
| Subject: | Re: Again, you are violating the American Disability Act of 1990 |
| To: | "Amanda Ajuluchuku" <amandaajuluchuku@yahoo.com> |
| CC: | cdiedrich@sloanewalsh.com |

In the next 24 hours my letter will be in the office of the Attorney General's offfice in Dallas, Texas. You have no disability, you are a thief, a NIGERIAN FRAUD and you are about to be exposed. You must have a law suit in every state you go to.
I am not at large. If the New Bedford police want me they know where to reach me.
I have dumped your box knowing you do not want to reclaim it.
The folks at uhaul have volunteered to serve as my witnesses if your case makes it to court. NIGERIAN 419 DOES NOT WORK IN AMERICA.


**Amanda Ajuluchuku <amandaajuluchuku@yahoo.com>** wrote:

> Francis Ken Josiah:
>
> Again, you are violating my civil rights. I urge you
> to respond to my complaint. I am disabled. Your
> threats are in violation of the American Disability
> Act.
>
> Do not correspond to me via e-mail. You should write
> to the court. I will now block your e-mail address
> because I do not want you to write to me. You stole
> many of my personal belongings. You sexually assaulted
> me. In doing so, you violated my civil rights.
>
> I urge you to respond to my complaint. Threatening me
> will add insult to injury.
>
> I will now block your e-mail address. I will also
> contact New Bed Ford Police Department that you are
> still at large. Please do not contact me via e-mail.
>
> Amanda U. Ajuluchuku (Pro Se)
> Cc: Judge Lindsay
> Defense Attorneys Diedrick and Kerrigan
>
>
>
> --- FRANCIS JOSIAH wrote:
>
> > Now I see why you never got accepted in law school.
> > You are not only a Nigerian fraud, you are a threat
> > to the sanctity of a civil society. You would have
> > never made it in law school much less a lawyer.
> > How could you file a civil suit for sexual assault
> > and theft? It is a not a civil offense stupid.
> > Besides I have a litany of evidence that actually
> > criminalizes your suit. I have a registered receipt
> > of your jewelry I mailed at my own expense, a copy

> of your email and hard copy authorizing me to give
> your shit to the salvation Army. I still have
> custody of your albums you claimed to have been
> stolen. How wretched and ungrateful can you be to
> sit in my Mercedes Benz after every to be dropped
> off at your place, to think that I can rob you of
> your smelling dingy shit.
> I am going to expose your fraud for good. I am
> sending a letter to the AG's office in Texas to put
> out an APB on you. You need to be investigated. All
> the law suits you have filed bespeaks of your design
> to exploit the American legal system.
>
> Amanda Ajuluchuku
> wrote:
> Francis Ken Josiah:
>
> Are you aware that United States District Court of
> Massachusetts at Boston has issued a summons for you
> in a civil case for grand theft and sexual assault?
> I
> filed a police report concerning the grand theft
> with
> New Bedford Police Department. The case number is
> 1:05-cv-10893RCL. Judge Reginald Lindsay is
> presiding
> over this case. Due to the fact that you have moved
> many times, the summons was left with Southern New
> England School of Law (SNESL). You may also contact
> SNESL.
>
> I need your address so that I can provide it to the
> court. You intentionally subjected me to negative
> stress. You are aware of my disability. I urge you
> to
> respond to my complaint.
>
> I will of course supply the court and the defense
> attorneys for SNESL with this new e-mail.
>
> I suffered personal injuries in Boston. I believe in
> the judicial system. I know that in the end, justice
> will prevail. All I need is an apology, money to
> help
> children, my son, and myself, and my personal
> belongings. These belongings are valuable. You have
> stolen my manuscripts, nine albums, jewelry,
> enlargement pictures, millions of clothes, thousands
> of shoes, movie tapes, piano,microwave, paintings,
> etc.
> You sexually assaulted me in your apartment. You
> pretended to be a friend. However, you took
> advantage
> of a disabled woman.
>
> Again, please provide me with your address so that
> you
> may be served accordingly. You may make arrangements
> with your attorney to ship them to me or drop off my
> personal belongings at the New Bedford Police

```
> Station.
> I will contact them. I will make arrangements for
> them
> to ship them to me. I am moving to another state.
>
> Amanda U. Ajuluchuku (pro Se)
>
> Cc: Judge Reginald Lindsay
> U.S. District Court of Massachusetts at Boston
> 1 Courthouse Way, Room 2300
> Boston, MA 02210
> Defense Attorneys Curtis Diedrich and Michael
> Kerrigan
> for Southern New England School of Law.
>
> --- FRANCIS JOSIAH wrote:
>
> > AMANDA,
> > I STILL HAVE THE BOX CONTAINING YOUR PARAPHANALIA
> > OF ALBUMS AND STUFF. IF YOU MAKE PREPAYMENT
> > ARRANGEMENT WITH THE POST OFFICE OR UPS, I CAN
> SEND
> > IT OUT TO YOU, OTHERWISE BY THE END OF THE MONTH I
> > WILL BE RELOCATING WHICH MEANS IT WLL BE TRASHED.
> >
> > KEN
> >
> >
> > ----------------------------------
> > Brings words and photos together (easily) with
> > PhotoMail - it's free and works with Yahoo! Mail.
>
>
>
>
> Amanda U. Ajuluchuku
> Dallas, Texas
>
>
>
>
>
>
>
> _____
> Do You Yahoo!?
> Tired of spam? Yahoo! Mail has the best spam
> protection around
> http://mail.yahoo.com
>
>
>
> ----------------------------------
> Yahoo! Mail
> Bring photos to life! New PhotoMail makes sharing a
> breeze.
```





Previous | Next | Back to Messages

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable V

Date: Wed, 1 Mar 2006 12:18:42 -0800 (PST)
From: "Amanda Ajuluchuku" <amandaajuluchuku@yahoo.com>  View Contact Details  Add Mobile Alert
Subject: Again, you are violating the ADA
To: "FRANCIS JOSIAH" <culturehill@yahoo.com>
CC: cdiedrich@sloanewalsh.com

Francis Ken Josiah:

Again, you are violating my civil rights. I urge you to respond to my complaint. I am disabled. Your threats are in violation of the American Disability Act.

Do not correspond to me via e-mail. You should write to the court. I will now block your e-mail address because I do not want you to write to me. You stole many of my personal belongings. You sexually assaulted me. In doing so, you violated my civil rights.

I urge you to respond to my complaint. Threatening me will add insult to injury.

I will now block your e-mail address. I will also contact New Bed Ford Police Department that you are still at large. Please do not contact me via e-mail.

Amanda U. Ajuluchuku (Pro Se)
Cc: Judge Lindsay
Defense Attorneys Diedrick and Kerrigan

Yahoo! Mail - amandaajuluchuku@yahoo.com　　　　　　　　　　　　　　　Page 2 of 6

Case 1:05-cv-10893-RCL    Document 48    Filed 03/13/2006    Page 7 of 11

> --- FRANCIS JOSIAH <culturehill@yahoo.com> wrote:
>
> Now I see why you never got accepted in law school.
> You are not only a Nigerian fraud, you are a threat
> to the sanctity of a civil society. You would have
> never made it in law school much less a lawyer.
>   How could you file a civil suit for sexual assault
> and theft? It is a not a civil offense stupid.
> Besides I have a litany of evidence that actually
> criminalizes your suit. I have a registered receipt
> of your jewelry I mailed at my own expense, a copy
> of your email and hard copy authorizing me to give
> your shit to the salvation Army. I still have
> custody of your albums you claimed to have been
> stolen. How wretched and ungrateful can you be to
> sit in my Mercedes Benz after every to be dropped
> off at your place, to think that I can rob you of
> your smelling dingy shit.
>   I am going to expose your fraud for good. I am
> sending a letter to the AG's office in Texas to put
> out an APB on you. You need to be investigated. All
> the law suits you have filed bespeaks of your design
> to exploit the American legal system.
>
> Amanda Ajuluchuku <amandaajuluchuku@yahoo.com>
> wrote:
>   Francis Ken Josiah:
>
> Are you aware that United States District Court of
> Massachusetts at Boston has issued a summons for you
> in a civil case for grand theft and sexual assault?
> I
> filed a police report concerning the grand theft
> with
> New Bedford Police Department. The case number is
> 1:05-cv-10893RCL. Judge Reginald Lindsay is
> presiding
> over this case. Due to the fact that you have moved
> many times, the summons was left with Southern New
> England School of Law (SNESL). You may also contact
> SNESL.
>
> I need your address so that I can provide it to the
> court. You intentionally subjected me to negative
> stress. You are aware of my disability. I urge you
> to
> respond to my complaint.
>
> I will of course supply the court and the defense
> attorneys for SNESL with this new e-mail.
>
> I suffered personal injuries in Boston. I believe in
> the judicial system. I know that in the end, justice
> will prevail. All I need is an apology, money to
> help
> children, my son, and myself, and my personal
> belongings. These belongings are valuable. You have

```
> stolen my manuscripts, nine albums, jewelry,
> enlargement pictures, millions of clothes, thousands
> of shoes, movie tapes, piano,microwave, paintings,
> etc.
> You sexually assaulted me in your apartment. You
> pretended to be a friend. However, you took
> advantage
> of a disabled woman.
>
> Again, please provide me with your address so that
> you
> may be served accordingly. You may make arrangements
> with your attorney to ship them to me or drop off my
> personal belongings at the New Bedford Police
> Station.
> I will contact them. I will make arrangements for
> them
> to ship them to me. I am moving to another state.
>
> Amanda U. Ajuluchuku (pro Se)
>
> Cc: Judge Reginald Lindsay
> U.S. District Court of Massachusetts at Boston
> 1 Courthouse Way, Room 2300
> Boston, MA 02210
> Defense Attorneys Curtis Diedrich and Michael
> Kerrigan
> for Southern New England School of Law.
>
> --- FRANCIS JOSIAH wrote:
>  '
> > AMANDA,
> > I STILL HAVE THE BOX CONTAINING YOUR PARAPHANALIA
> > OF ALBUMS AND STUFF. IF YOU MAKE PREPAYMENT
> > ARRANGEMENT WITH THE POST OFFICE OR UPS, I CAN
> SEND
> > IT OUT TO YOU, OTHERWISE BY THE END OF THE MONTH I
> > WILL BE RELOCATING WHICH MEANS IT WLL BE TRASHED.
> >
> > KEN
> >
> >
> > ---------------------------------
> > Brings words and photos together (easily) with
> > PhotoMail - it's free and works with Yahoo! Mail.
>
>
>
>
> Amanda U. Ajuluchuku
> Dallas, Texas
>
>
>
>
>
>
```

Yahoo! Mail - amandaajuluchuku@yahoo.com          Page 4 of 6

Case 1:05-cv-10893-RCL   Document 48   Filed 03/13/2006   Page 9 of 11

```
--- FRANCIS JOSIAH <culturehill@yahoo.com> wrote:

> Until now, I did not know you were mentally
> derranged. Do you remember sending me an email
> requesting that I trash your crap. I have copies of
> your letter, email. The judicial system will soon
> catch up with your fraudulent claims you go on
> making against people. Now I know why social
> services took your child from you.
>    Do you think I am crazy enough  to give you my
> home address? You must be out of your dam mind. Your
> attorney must not your mental profile. He better
> check your profile to see how many bogus lawsuits
> you have pending.
>    They say Nigerians are thieves, I just found
> one.Please use this email to show proof of my
> kindness. You are too ugly for my comfort, much less
> have sex with you. What was I DRUNK OR HIGH? I dont
> even drink alcohol.
>    As a matter of fact you owe me money for moving
> your two bedroom worth of crap to the dumpster. The
> folks at Uhaul are my witness. You ought to be
> jailed or deprted for fraud.
>
> Amanda Ajuluchuku <amandaajuluchuku@yahoo.com>
> wrote:
>    Francis Ken Josiah:
>
> Are you aware that United States District Court of
> Massachusetts at Boston has issued a summons for you
> in a civil case for grand theft and sexual assault?
> I
> filed a police report concerning the grand theft
> with
> New Bedford Police Department. The case number is
> 1:05-cv-10893RCL. Judge Reginald Lindsay is
> presiding
> over this case. Due to the fact that you have moved
> many times, the summons was left with Southern New
> England School of Law (SNESL). You may also contact
> SNESL.
>
> I need your address so that I can provide it to the
> court. You intentionally subjected me to negative
> stress. You are aware of my disability. I urge you
> to
> respond to my complaint.
>
> I will of course supply the court and the defense
> attorneys for SNESL with this new e-mail.
>
> I suffered personal injuries in Boston. I believe in
> the judicial system. I know that in the end, justice
> will prevail. All I need is an apology, money to
> help
> children, my son, and myself, and my personal
> belongings. These belongings are valuable. You have
> stolen my manuscripts, nine albums, jewelry,
> enlargement pictures, millions of clothes, thousands
```

Yahoo! Mail - amandaajuluchuku@yahoo.com                                                    Page 5 of 6

Case 1:05-cv-10893-RCL    Document 48    Filed 03/13/2006    Page 10 of 11

```
> of shoes, movie tapes, piano,microwave, paintings,
> etc.
> You sexually assaulted me in your apartment. You
> pretended to be a friend. However, you took
> advantage
> of a disabled woman.
>
> Again, please provide me with your address so that
> you
> may be served accordingly. You may make arrangements
> with your attorney to ship them to me or drop off my
> personal belongings at the New Bedford Police
> Station.
> I will contact them. I will make arrangements for
> them
> to ship them to me. I am moving to another state.
>
> Amanda U. Ajuluchuku (pro Se)
>
> Cc: Judge Reginald Lindsay
> U.S. District Court of Massachusetts at Boston
> 1 Courthouse Way, Room 2300
> Boston, MA 02210
> Defense Attorneys Curtis Diedrich and Michael
> Kerrigan
> for Southern New England School of Law.
>
> --- FRANCIS JOSIAH wrote:
>
> > AMANDA,
> > I STILL HAVE THE BOX CONTAINING YOUR PARAPHANALIA
> > OF ALBUMS AND STUFF. IF YOU MAKE PREPAYMENT
> > ARRANGEMENT WITH THE POST OFFICE OR UPS, I CAN
> SEND
> > IT OUT TO YOU, OTHERWISE BY THE END OF THE MONTH I
> > WILL BE RELOCATING WHICH MEANS IT WLL BE TRASHED.
> >
> > KEN
> >
> >
> > ---------------------------------
> > Brings words and photos together (easily) with
> > PhotoMail - it's free and works with Yahoo! Mail.
>
>
>
>
> Amanda U. Ajuluchuku
> Dallas, Texas
>
>
>
>
>
>
>
>
> _____
> Do You Yahoo!?
```

```
>  Tired of spam? Yahoo! Mail has the best spam
>  protection around
>  http://mail.yahoo.com
>
>
>
>  ------------------------------------
>  Yahoo! Mail
>  Bring photos to life! New PhotoMail  makes sharing a
>  breeze.
```

        Amanda U. Ajuluchuku
Dallas, Texas

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection aro
http://mail.yahoo.com

[Delete] [Reply ▼] [Forward ▼] [Move... ▼]

Previous | Next | Back to Messages      Save Message Text | Full Hea

[Check Mail] [Compose] [_____] [Search Mail ▼] [Search the Web]

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy