UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA AJULUCHUKU )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>FRANCES KEN JOSIAH )<br>OF SOUTHERN NEW ENGLAND )<br>SCHOOL OF LAW (SNESL), )<br>    Defendant. )<br>_____) | Civil Action No. 05-CV-10893-RCL |

**MOTION OF THE DEFENDANT SOUTHERN NEW ENGLAND
SCHOOL OF LAW FOR ENTRY OF SEPARATE AND FINAL JUDGMENT**

Now comes the Defendant, Southern New England School of Law (SNESL) and pursuant to Rule 54(b) of the Federal Rules Civil Procedure, the defendant moves this Honorable Court for an Order entering separate and final judgment in its favor.

As further grounds for this Motion for Entry of Separate and Final Judgment, the defendant refers to its Memorandum in Support, attached hereto.

                                Respectfully submitted,

                                The Defendant,
                                SOUTHERN NEW ENGLAND
                                SCHOOL OF LAW (SNESL),
                                By its Attorney,

                                /s/ Curtis R. Diedrich
                                Curtis R. Diedrich, BBO #555937
                                Sloane and Walsh, LLP
                                Three Center Plaza, 8th Floor
                                Boston, MA  02108
Dated: March 14, 2006                (617) 523-6010

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NF) and paper copies will be sent to those indicated as non registered participants on March 14, 2006.

/s/ Curtis R. Diedrich
CURTIS R. DIEDRICH