UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA AJULUCHUKU )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>FRANCES KEN JOSIAH )<br>OF SOUTHERN NEW ENGLAND )<br>SCHOOL OF LAW (SNESL), )<br>      Defendant. )<br>_____) | Civil Action No. 05-CV-10893-RCL |

**MEMORANDUM OF THE DEFENDANT SOUTHERN NEW ENGLAND SCHOOL OF LAW IN SUPPORT OF ITS MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT**

The Plaintiff filed a *pro se* complaint against Francis Ken Josiah on April 26, 2005 alleging sexual assault/rape, theft, and discrimination under the Americans With Disabilities Act (ADA) and Civil Rights Act of 1964. This Court subsequently demanded that the Plaintiff show cause why her complaint should not be dismissed. Memorandum and Order, July 13, 2005. The Plaintiff, in her response, intimated for the first time that she sought to name the Southern New England School of Law (SNESL or the "school") as a defendant. [Plaintiff's] Answer to Judge's Order Classified Under Show Cause Motion to Grant Summons, June 21, 2005, p. 2. In this Court's Further Memorandum and Order, dated July 6, 2005, the Court dismissed the Plaintiff's inchoate federal claims against SNESL. Then, on August 29, 2005, the Plaintiff amended her complaint to name SNESL as a defendant on the basis that it allegedly denied admission to her because of her disability. This Court allowed this claim to persist in its Further Memorandum and Order of October 3, 2005. At the time, it was the only surviving claim stated by the Plaintiff against the Defendant SNESL.

Thereafter, the defendant brought the Motion to Dismiss the Plaintiff's Amended Complaint, arguing that the plaintiff's Amended Complaint should be dismissed in its entirety as it related to SNESL, on the grounds that the plaintiff failed to file a charge with the EEOC, prior to filing her Amended Complaint with the United States District Court. The defendant's Motion to Dismiss on behalf of SNESL was allowed on February 8, 2006.

Thereafter, plaintiff filed a Motion for Reconsideration and to Reclassify the Case. The defendant filed an opposition in response to plaintiff's motion and the Court denied the Plaintiff's Motion for Reconsideration on March 8, 2006.

Consequently, the defendant, SNESL, hereby moves this Court for Entry of Separate and Final Judgement pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and requests that the Court make an express determination that there is no just reason for delay and an express direction for the entry of judgment.

    Respectfully submitted,

    The Defendant,
    SOUTHERN NEW ENGLAND
    SCHOOL OF LAW (SNESL),
    By its Attorney,

    /s/ Curtis R. Diedrich
    Curtis R. Diedrich, BBO #555937
    Sloane and Walsh, LLP
    Three Center Plaza, 8th Floor
    Boston, MA  02108
Dated: March 14, 2006    (617) 523-6010

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NF) and paper copies will be sent to those indicated as non registered participants on March 14, 2006.

/s/ Curtis R. Diedrich
CURTIS R. DIEDRICH

S:\AJULUCHUKU, AMANDA V.SOUTHERN NEW ENGLAND SCHOOL OF LAW-AI-740-1279\Pleadings\Discovery\Ajuluchuku Memo in Support of Mt of SNESL for Entry of Sep of Final Judgment 03-13-06.doc