1 Ajuluchuku vs.

```
                              FILED
                              ..ERKS OFFICE

                              2006 APR -3  P 3: 05

                              U.S. DISTRICT COURT
                              DISTRICT OF MASS.
```

In the United States District Court of Massachusetts at Boston

| Amanda U. Ajuluchuku,<br>Plantiff<br>vs.<br>Southern New England School of Law (SNESL) &<br>Francis Ken Josiah<br>Defendants | No: 1:05-cv-10893-RCL<br>**Notice of New/Old Address, Telephone Number, and E-mail Address** |
|---|---|

To the Clerk's Office

Amanda U. Ajuluchuku
3440 W. Walnut Hill Lane
Irving, TX 75038
Phone (214) 228-2201
amandaajuluchuku@yahoo.com

March 31, 2006

    As of April 1, 2006, I can be reached via the above-listed mailing address. I am returning to Dallas, Texas. My telephone number (Dallas' area code) and e-mail address will not change. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

**Notice of New/Old Address, Telephone Number, and E-mail**

AMANDA U. AJULUCHUKU