**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Amanda U. Ajuluchuku**
                    **Plaintiff**                                         **CIVIL ACTION**

                    **V.**                                         **NO.  1:05-cv-10893 RCL**

**Francis Ken Josiah**
                    **Defendant**


**ORDER RETURNING PLEADINGS**

 **Lindsay    D.J.**

        On **June 5, 2006**    the Clerk received your    **Amended Complaint**


**for filing in the above-entitled  action, however, it is hereby ORDERED that the above document(s)
be returned for the reason(s) checked below:**

   ( )     The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on
            the bottom of, or in the margin, of the last page of the paper to which it relates or is not
            single-spaced.

   ( )     The papers or documents do not conform to Local Rule 5.1(a) because:

            ( )     Board of Bar Overseers Registration Number has not been provided.

            ( )     8 1/2" x 11" paper has not been used.

            ( )     A backer is attached.

            ( )     The documents are not properly bound.

            ( )     The text is not double-spaced.

            ( )     The discovery request or response text is not single-spaced.

   ( )     Motion to amend to add party is not accompanied by certificate regarding service on
            new party pursuant to Local Rule 15.1(B).

   ( )     Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).


   ( )     The discovery motion(s) is/are not accompanied by the certification of personal
            consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

   (X)     Other  **Plaintiff's  failure to seek leave of Court before filing an  Amended Complaint**



 **06/08/2006**                                          **/s/    Reginald C. Lindsay**
        **DATE**                                          **UNITED STATES DISTRICT JUDGE**


**(Retndocs.ord - 09/92)**                                                        **[o.]**