1 Ajuluchuku vs. UW

FILED
\_\_\_'S OFFICE

In the United States District Court of Washington at Tacoma

| Amanda U. Ajuluchuku, Plaintiff<br>vs.<br>University of Washington<br>Defendant | No: 1:05-2311-Judge Ronald Leighton<br>Motion to Waive Pacer Fees<br>Note on Calendar<br>September 7, 2006 |
|---|---|

To the Clerk's Office (2 original copies) and Judge Ronald Leighton

August 29, 2006

Amanda U. Ajuluchuku
P.O. Box 5146
Beverly Hills, CA 90209
Phone (310) 691-6745
amandaajuluchuku@yahoo.com
www.amandaajuluchuku.com


    Your Honor, I would like to request that you write to Pacer to waive my Pacer fees in the amount of $109.00. I am unable to pay them. They are past due. Since August 2005, my home business has not made money. As you are well aware, my business caters to the needs of all children, my son, and myself. I have donated many valuable items to children in Africa, America, and Europe. Please read more at www.amandaajuluchuku.com. Please mention my Pacer login id, aa1377. Please write to Pacer via electronic mail at Pacer@psc.uscourts.gov. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)
Cc: Defense Attorney Suzanne Parisien via electronic mail on August 29, 2006.


Motion to Waive Pacer Fees
Note on Calendar