1 Ajuluchuku vs. Josiah

**In the United States District Court of Washington at Tacoma**

| Amanda U. Ajuluchuku, Plaintiff vs. Francis Ken Josiah Defendant | No: 1:05-cv-10893-RCL-Judge Reginald Lindsay Notice of New Address in Beverly Hills, California and Telephone Number Motion to Consider Note on Calendar September 17, 2006 |
|---|---|

To the Clerk's Office (2 original copies) and Judge ~~Reginald Lindsay~~

August 29, 2006

Amanda U. Ajuluchuku
P.O. Box 5146
Beverly Hills, CA 90209
Phone (310) 691-6745
amandaajuluchuku@yahoo.com

    Your Honor, I would like to notify you of my new address and telephone number in Beverly Hills, California. I am grateful that you accorded me the privilege to litigate case(s) in your courtroom. Since 1995, my family and I have been subjected to acts of terrorism, discrimination, and obsession. These acts commenced in California. In 1999, my son and I fled California. On June 20, 2003, these terrorists kidnapped my son. On October 7, 2003, my father died. On August 21, 2006, I returned to California to continue fighting passionately for all children, my son, and myself. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku    
Amanda U. Ajuluchuku (Pro Se)

Notice of New Address in Beverly Hills, California and Telephone Number
Motion to Consider
Note on Calendar