FILED
IN CLERKS OFFICE

In the United States District Court of Massachusetts at Boston

| Amanda U. Ajuluchuku<br>Plaintiff<br>vs.<br>Francis Ken Josiah<br>Defendant<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS | No: 1:05-cv-10893-RCL-Judge<br>Reginald Lindsay<br>Notice of Change of Address |
|---|---|

To the Clerk's Office (1 original copy) and Judge Reginald Lindsay

Amanda U. Ajuluchuku
General Delivery
Greensboro, NC 27420
Phone (912) 224-1286
E-mail: amanda@amandaajuluchuku.com
Website: www.amandaajuluchuku.com

November 1, 2006

    Your Honor, I would like to notify the court of my new mailing, e-mail, and website address. My new telephone number is (912) 224-1286. Thank you, Your Honor.

/s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)