UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMANDA AJULUCHUKU
    Plaintiff

V.

FRANCIS KEN JOSIAH    Defendant

CIVIL ACTION

NO. 05-10893-RCL

## ORDER OF DISMISSAL

LINDSAY, D.J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on November 8, 2006, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

**January 16, 2007**